# EXHIBIT A

**Name:** Derek Fahey
**Date:** April 07, 2025
**Applicant's Tracking Number:** PROVEN-I-CA-001

**Correspondence:** Yes

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## PA 2-524-347

**Effective Date of Registration:**
April 07, 2025
**Registration Decision Date:**
April 08, 2025

---

### Title
 

**Title of Work:** YOU GUYS KEEP SAYING YOU CAN EASILY BREAK OFF OUR LATCH PIN LOCK

### Completion/Publication
 

**Year of Completion:** 2025
**Date of 1st Publication:** March 03, 2025
**Nation of 1st Publication:** United States

### Author
 

- **Author:** Proven Industries, Inc.
  **Author Created:** Entire Video
  **Work made for hire:** Yes
  **Citizen of:** United States

### Copyright Claimant
 

**Copyright Claimant:** Proven Industries, Inc.
2310 South Dock Street, #111, Palmetto, FL, 34221

### Rights and Permissions
 

**Organization Name:** Proven Industries Inc.
**Email:** rlee@provenlocks.com
**Telephone:** (813)816-1975
**Address:** 2310 South Dock Street
#111
Palmetto, FL 34221 United States

### Certification
 

**Registration #:** PA0002524347
**Service Request #:** 1-14902080221



The Plus IP Firm
Derek Fahey
101 NE 3rd Ave.
Suite 1500
Fort Lauderdale, FL 33301