# EXHIBIT C

0:19.699



0:25.832 - No Blue Spot



0:28.132 - Blue Spot Very Visible



0:28.532



0:28.649



0:29.199



0:29.216



0:29.282



0:30.299



0:30.582



0:30.649



0:31.882



0:30.949 - Blue Spot Disappearing



0:30.966 - Blue Spot Gone



