# **EXHIBIT D**

# INSTAGRAM:



**caydenmoose_** 6d
Yeah I'm not buying this, McNally easily unlocked your locks so I'm just gonna buy a master lock or something.
Reply  Hide
♡ 419

View 3 previous replies

**blenderfucker_** 6d
Who would want to waste money on your locks?
Reply  Hide
♡ 55

**callsign.kilo** Weren't this picked with a soda can and yall had no response?
3d  26 likes

**cypher_rides** Branding is everything and you cooked it. Say FairPlay and move on, always new strategies. Maybe collab with the guy??
3w  160 likes  Reply

**ivaldifreyrxiv** Security? Your "security" can be beaten by Mountain Dew.
3w  460 likes  Reply

View replies (5)

**thefatbradpitt** How is it going to get personal for him exactly?
3w  162 likes  Reply

View replies (31)

**pseudojo** How can you take pride as engineers when you design dogshit stuff
3w  501 likes  Reply

**amelieee1_h** "Protecting your investment" but the lock can be opened with a drinks can ffs!
3w  770 likes  Reply

**abdeufga** "It's going to get really personal for him soon" lmao what you gonna do ? lock him up with your crappy locks just like you keep your comments section locked
3w  385 likes  Reply

**devon__straw** If you cared about feedback you'd redesign the lock
3w  293 likes  Reply

— View replies (6)

**1_adis_3** So you also delete the video you made lmaoooo 😂😂😂
3w  180 likes  Reply

— View replies (3)

**wafaam5** The only difference between you and titanic is you ain't big yet
3w  166 likes  Reply

— View replies (7)

**enzo.lanoizelee** Just like @mcnallyofficial potentially opened your lock ?
3w  138 likes  Reply

**marin_susic** Damn that mcnally comment really backfired huh 😂
2w  25 likes  Reply

**notreallyawwen** can this be opened with a beer can too or nah?
3w  110 likes  Reply

**diddy_disciple_46029** You said something about McNally and him only opening cheap locks right?
3w  24 likes  Reply

**chris_vaccari91** How'd talkin shit work out for y'all 😂😂😂😂
3w  59 likes  Reply

**kevharlow**



3w  251 likes  Reply

View replies (1)

**detoastyone** @kevharlow came here for these 😂
3w  4 likes  Reply

**909chevelle** ✔ @detoastyone I'm thirsty 👌
3w  Reply

**detoastyone** @909chevelle lost your key didn't cha? 😂
3w  Reply

**kobyylane** One can and it's over for you
2d  1 like  Reply

**gorp6224** Opend with an empty can
2w  12 likes  Reply

**bumahfaggiot** Every lock has an easy bypass, but only u guys have thrown a fit when proven wrong
2d  Reply

**easypoachin** Still a shit lock. 😂
3w  38 likes  Reply

**rouseytt** @mcnallyofficial
3w  58 likes  Reply  ...

**TIKTOK:**

**Mintjam**
Proven to be garbage
4-18   ♡ 46   Reply

**Marco**
Why are you doing this, whilst you know that people will crack crappy locks within 30 seconds
4-18   ♡ 3   Reply

**p0larizing**
He's gonna unlock that one too
4-15   ♡ 33   Reply

**Phillip Tran**
Proven to be unlockable
4-15   ♡ 16   Reply

**AIC**
He's deleting everything 🥲
4-14   Reply                                70

  **supernoodle**
  went from 20 to 1 Comments when I clicked 🤣
  4-15   Reply                              11

**Cpt-Logy**
wasn't it unlocked in 10 seconds by the same drink you just took a sip out of?
4-15   Reply                                54

  **yolandiofficial**
  that's the joke.
  3d ago   Reply                            0

**Andrew C**
This is the one that has an easy bypass right?
4-4   Reply                                 63

## AMAZON – PRODUCT LISTING COMMENTS:

Kyle lynch

★☆☆☆☆ **Damn kids and their soda cans!**

Reviewed in the United States on April 5, 2025

Bought this lock to protect my trailer but those damn kids and their soda cans stole my trailer anyways.

11 people found this helpful

Helpful | Report

Missing the first volume, 0/10.

★☆☆☆☆ **NOT SECURE AT ALL**

Reviewed in the United States on April 5, 2025

CAN BE PICKED EASILY WITH A CUT UP SODA CAN! DO NOT BUY!

4 people found this helpful

Helpful | Report

Evan Moody

★☆☆☆☆ **Garbage Lock - BUYER BEWARE!**

Reviewed in the United States on April 17, 2025

Color: Blue

Can be opened with a soda can, and this company likes to message people families threatening them.

Helpful | Report

## PROVEN'S YOUTUBE VIDEOS:
https://www.youtube.com/shorts/dBMmc-diolc

**@neruz5** 2 days ago
Threatening through his wife, not the person directly smh

👍 4   👎   Reply

**@jasoncross6373** 2 days ago
Says there's 49 comments but I see just 4, guess they're on a deleting spree, must be people pointing out how easy this one is to shim open with a soda can. Instead of deleting, how about you improve the design...
Read more

👍 1   👎   Reply

**@anyholeismygoall853** 2 weeks ago
Pathetic clowns imagine trying to scam customers with a shitty lock then threatening the guy doing everyone a favor by calling you out for your bullshit. losers hopefully your company goes belly up lol. ...
Read more

👍 1   👎   Reply

**@OkamiRex** 2 weeks ago
Hey. instead of threatening an innocent person to "be prepared"-- how about taking McNally's vid to heart and make a product you can't break into with a fucking shredded aluminum can.

👍 2   👎   Reply

**@originalhayze2698** 2 weeks ago
Bro done hit up a mans wife, what a scumbag lmao with his dumpster fire of a junk lock lmao

👍   👎   Reply



@leviolson3977 2 weeks ago
Real mature to contact the guys wife. Clearly your product is made from shit and it appears you are too.

Reply



@AppalachianKentucky 2 weeks ago
Step one: sell a garbage product
Step two: call out a beloved industry icon
step three: lose to a fucking aluminum can
Step four: threaten someone's wife...

Read more

Reply



@KallunoLeaf 2 weeks ago
Threatening a man's wife for proving you wrong? Hope you never meet me in real life.

Reply



@SkirnirK 2 weeks ago (edited)
"How to stop people who pick your 'unpickable lock' with a EMPTY CAN..";
- Threaten them with DMCA takedowns
- Threaten their wife...

Read more

Reply



@DemonicEmpowerment 2 weeks ago
Why is this embarrassing shit still up. Picked my a shredded soda can.

Reply



## MCNALLY'S YOUTUBE POST:

*https://www.youtube.com/shorts/YjzlmKz_MM8*







## DIRECT MESSAGES FROM CONSUMERS:











