UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

PROVEN INDUSTRIES INC.,
a Florida corporation,   Case No. 8:25-CV-01119-MSS-LSG

    Plaintiff,

v.

TREVOR McNALLY, individual,

    Defendant.
_____/

**NOTICE OF APPEARANCE AND DESIGNATION OF LEAD COUNSEL**

    Kenneth G. Turkel, of the law firm of Turkel Cuva Barrios, P.A., pursuant to Local Rule 2.02(a), hereby enters his appearance as lead counsel of record for Defendant Trevor McNally.

*/s/ Kenneth G. Turkel*
Kenneth G. Turkel - FBN 867233
LEAD COUNSEL
E-mail: kturkel@tcb-law.com
David A. Hayes - FBN 96657
E-mail: dhayes@tcb-law.com
TURKEL CUVA BARRIOS, P.A.
100 N. Tampa Street, Suite 1900
Tampa, FL 33602
Tel: (813) 834-9191
Fax: (813) 443-2193
*Attorneys for Defendant*

## **CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that on May 12, 2025, the foregoing document was filed with the Court's CM/ECF system, which will send electronic notice to all counsel of record.

                                           */s/ Kenneth G. Turkel*
                                           Attorney