UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

PROVEN INDUSTRIES INC.,
a Florida corporation,                                    Case No. 8:25-CV-01119-MSS-LSG

    Plaintiff,

v.

TREVOR McNALLY, individual,

    Defendant.
_____/

## NOTICE OF APPEARANCE

David A. Hayes, of the law firm of Turkel Cuva Barrios, P.A., hereby enters his appearance as counsel of record for Defendant Trevor McNally. Please add the undersigned to your service list as counsel of record for Defendant.

    /s/ David A. Hayes
    Kenneth G. Turkel - FBN 867233
    LEAD COUNSEL
    E-mail: kturkel@tcb-law.com
    David A. Hayes - FBN 96657
    E-mail: dhayes@tcb-law.com
    TURKEL CUVA BARRIOS, P.A.
    100 N. Tampa Street, Suite 1900
    Tampa, FL 33602
    Tel: (813) 834-9191
    Fax: (813) 443-2193
    *Attorneys for Defendant*

## **CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on May 12, 2025, the foregoing document was filed with the Court's CM/ECF system, which will send electronic notice to all counsel of record.

                                       */s/ David A. Hayes*
                                       Attorney