UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

Case No. 8:25-cv-01119-MSS-LSG

Proven Industries Inc, a Florida corporation

 *Plaintiff,*

 v.

Trevor McNally, individual

 *Defendant.*

### Notice of Manual Filing of Video Exhibits
### in Support of Plaintiff's Emergency Motion for Preliminary Injunction

Please take notice that the following video exhibits are being submitted to the Court in support of via USB flash drive and delivered via FED EX delivery because the file sizes exceed the CM/ECF system's electronic filing limits:

1) Exhibit B-1 Proven's Video

2) Exhibit B-2 McNally Part 1 Video

3) Exhibit B-3 McNally Part 2 Video

4) Exhibit B-4 McNally Part 3 Video

5) Exhibit B-5 McNally Part 4 Video

The USB containing these exhibits is being mailed to the Clerk of Court and served on Opposing Counsel contemporaneously with the filing of this Notice.

Dated: June 2, 2025       Respectfully Submitted,

/Derek Fahey/
Derek R. Fahey, Esq.
The Plus IP Firm, PLLC
Fla. Bar. No. 88194
400 N Ashley Dr Ste 1900,
Tampa, FL 33602-4311
Telephone: (954) 332-3584
Email: Derek@plusfirm.com
*Attorney for Plaintiff*
*LEAD ATTORNEY TO BE NOTICED*

/Austin Nowacki/
Austin R. Nowacki, Esq.
The Plus IP Firm, PLLC
Fla. Bar. No. 1016961
400 N Ashley Dr Ste 1900,
Tampa, FL 33602-4311
Telephone: (954) 332-3584
Email: austin@plusfirm.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 2, 2025, a true and correct copy of the foregoing was served to all counsel of record via email and by filing with the Clerk of the Court using Florida E-Filing Portal, on all counsel or parties of record.

/Derek Fahey/
Derek Fahey, Esq.