UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

Case No. 8:25-cv-01119-MSS-LSG

Proven Industries Inc, a Florida corporation

 *Plaintiff,*

  v.

Trevor McNally, individual

 *Defendant.*

/

## Declaration of Anthony Bonfiglio, In Support of Plaintiff's Emergency Motion for Preliminary Injunction and Incorporated Memorandum of Law

I, Anthony Bonfiglio, declare as follows:

 1. I am over eighteen years of age and competent to testify. I make this declaration in support of Plaintiff's Emergency Motion for Preliminary Injunction. The information in this declaration is based on my personal knowledge and professional experience.

 2. I have been a licensed asset recovery agent since 2002 and have worked in the automotive industry since 1992.

 3. I have also worked with Tri-County Locksmith since 1999, a professional locksmith business located in Hudson, Florida.

 4. As a regular part of my duties as an asset recovery agent and a professional locksmith, I am a variety of different types of locking systems and capable of bypassing those systems.

 5. I have extensive experience with a wide range of security systems,

including high-security automotive key technologies such as GM VATS, Ford PATS, the Nissan Intelligent Key System, and Honda/Acura IC chip keys. I am also experienced with Group 1 commercial, Group 2, and Group 2M residential safe dials.

6. I am familiar with various key and lock formats, including single- and double-cut cylinder keys (Kwikset, Defiant, Yale, and barrel key systems) as well as basic keyed and combination padlocks from manufacturers such as Master Lock, Brinks, and Yale.

7. I was contacted by Ron Lee of Proven Industries regarding an evaluation of certain locks related to a series of online videos that have raised questions about the security of their products.

8. I am providing this declaration to confirm my background, qualifications, and willingness to provide additional technical analysis or sworn testimony regarding the authenticity or accuracy of the representations made in those videos, upon review of the locks.

9. On May 30, 2025, I received both the latch pin lock and the container lock from Proven Industries and conducted an evaluation of their bypassability using a shim under four different approaches.

10. First, I attempted to bypass the latch pin lock without opening or disassembling it. The lock's internal mechanism was concealed, making it difficult to determine the position of the latching point. Although I recognized that the lock utilized a spring-loaded mechanism that might be susceptible to shimming, my attempts with both push-style and hook-style shims were unsuccessful. One of the hook-style shims broke inside the lock and jammed

the mechanism. I spent approximately 15 minutes attempting to bypass the lock in this manner before concluding it was not feasible without further inspection.

11. Second, I had intended to inspect the lock after unlocking it without disassembly to observe its function, but I was unable to do so because the shim material from the first attempt had jammed the mechanism. As a result, this step was skipped.

12. Third, I disassembled the latch pin lock to remove the broken shim and gain a better understanding of its internal structure. After reassembling the lock and fabricating a new shim, I was able to successfully bypass the lock, but only after breaking three additional shims. The successful shim was destroyed in the process and could not be reused. This indicated that the bypass was not only difficult but also required a one-time-use, precision-made shim. This step took approximately 25 minutes.

13. Fourth, I attempted to bypass the latch pin lock while it was installed on a trailer coupler. The presence of the coupler significantly reduced the available space and made it extremely difficult to insert or maneuver a shim. Even when using a smaller shim adapted for limited clearance, the material ripped during each attempt. Despite having previously succeeded in bypassing the lock outside of installation, I was unable to do so in the installed configuration. I spent approximately 40 minutes on this step.

14. Based on my evaluation, I do not agree with how the latch pin lock's security was represented in the online videos. In my opinion, the demonstration shown does not reflect a realistic or practical depiction of the

lock's performance under normal conditions. It would require substantial preparation and effort to bypass the lock as shown.

15. I conducted a similar four-step evaluation of the container lock to assess its ability to be bypassed using a shim. As with the latch pin lock, the container lock featured a concealed internal locking mechanism, which made it difficult to identify the latching point during visual inspection.

16. First, I attempted to bypass the container lock without prior opening or disassembly. I understood from the information provided to me that this lock used a spring-loaded mechanism that could potentially be shimmed. I used multiple different hook-style shims in an effort to access the internal latch. All of these attempts were unsuccessful. Ultimately, one of the shims broke inside the lock, jamming the mechanism. This attempt took approximately 20 minutes and prevented further testing in that configuration.

17. Second, I intended to unlock the container lock without disassembly to observe its external functionality. However, this step was skipped due to the jam caused by the broken shim material from the first attempt.

18. Third, I disassembled the container lock to remove the broken shim and gain a full understanding of the internal mechanism. After reassembly, I attempted to shim the lock on more than nine separate occasions. Each time, the shim broke inside the lock, requiring full disassembly to extract the fragments before I could try again. Despite having a complete understanding of the lock's internal workings and carefully preparing shims for each attempt, I was ultimately unsuccessful in bypassing the container

lock.

19.     Fourth, I had intended to attempt bypassing the container lock while installed. However, I abandoned this step entirely because I was not successful in the third step. Given that the lock could not be shimmed even in a non-installed configuration, further testing in an installed position was not necessary.

20.     Based on my observations, I do not believe the container lock can be shimmed. This particular lock has a different design that does not include a pass-through opening. Any attempt to insert a shim resulted in the shim hitting the back of the internal mechanism and becoming wedged. I reviewed a video that purports to show the container lock being bypassed using a shim, but based on my evaluation and repeated testing, I suspect the lock shown in that video was modified to allow the demonstration.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Signed this  31st  day of  May , 2025, in Port Richey , Florida.

Signature: *Anthony Bonfiglio*

Name: Anthony Bonfiglio

Title: Locksmith, Tri-County Locksmith.

# Audit trail

1/1

| | |
|---|---|
| Name of the document | Declaration of Anthony Bonfiglio.pdf |
| Signature reference ID | 3f198d02-7856-458d-a5f5-ea4731f16c99 |
| Date format | YYYY-MM-DD HH:MM:SS UTC |
| Status | SIGNED |
| Signing completed | 2025-05-31 23:09:56 UTC |

**Signing initiated**
2025-05-31 22:51:47 UTC

**Patent Specialist** (info@plusfirm.com) sent document for signing.
**Signers:**
  - **Anthony Bonfiglio** (bonfiglio72@gmail.com)
Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/137.0.0.0 Safari/537.36
IP: 174.76.187.215

**Document viewed**
2025-05-31 23:03:14 UTC

**Anthony Bonfiglio** (bonfiglio72@gmail.com)
  docbase-public
IP: 47.202.98.77

**Document signed**
2025-05-31 23:09:55 UTC

**Anthony Bonfiglio** (bonfiglio72@gmail.com)
  docbase-public
IP: 47.202.98.77
Authentication code: Not required

**Signing completed**
2025-05-31 23:09:56 UTC

Document was signed by using Pipedrive signing service.
We store viewing info only for signers that allow it. We show the first view from each signer.
Electronic signatures in this PDF document can be verified with Adobe Acrobat Reader.

pipedrive