UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

Case No. 8:25-cv-01119-MSS-LSG

Proven Industries Inc, a Florida corporation

    *Plaintiff,*

    v.

Trevor McNally, individual

    *Defendant.*
/

## Supplemental Declaration of Anthony Sansone, In Support of Plaintiff's Emergency Motion for Preliminary Injunction and Incorporated Memorandum of Law

I, Anthony Sansone, declare as follows:

1. I am over eighteen years of age and reside in the Middle District of Florida.

2. I previously submitted a declaration in support of Plaintiff's Emergency Motion for Preliminary Injunction signed on May 30, 2025. I make this supplemental declaration to address new content published by Defendant Trevor McNally overnight on May 30-31, 2025.

3. McNally posted a fifth video (the "Part 5 Video") to YouTube Shorts,

1

accessible at: https://youtube.com/shorts/TUIxIFkeiIE. I reviewed this video on May 31, 2025.

4. In the Part 5 Video, McNally performs a bypass of another Proven lock and narrates the process. Notably, he states: *"When you make the shim, it's really important that the measurements are exact... If you go more than a wee bit, again, it might not work."* This statement directly supports the points I raised in my prior declaration, that the bypass process is not intuitive and requires precise measurements, prior knowledge of internal components, and practice to succeed. The need for precision undermines McNally's prior implication that these locks can be easily and trivially bypassed.

5. However, McNally still omits key facts. He does not disclose how many prior attempts he made to arrive at a working shim, how he tested or refined its shape, or whether he disassembled and studied the lock beforehand. Also, based on my experience attempting to shim the lock, McNally does not disclose the nature and umber of failed attempts. These omissions continue to give viewers a misleading impression that the bypass technique is quick, simple, and repeatable without expertise.

6. I also note that, as in prior videos, the lock in the Part 5 Video is not attached to any trailer, gate, or fixture. Rather, McNally holds the lock loosely

in his hand. This is significant because manipulating a loose lock is far easier than attempting the same technique on an installed unit. When secured in a real-world application, the user does not have the same angles, leverage, or maneuverability. The ability to freely rotate and stabilize the lock during bypass attempts dramatically reduces the difficulty. This further contributes to a misleading impression that the lock can be defeated quickly and effortlessly under actual use conditions, which is not the case.

7. Given the number of bypass videos McNally has posted and the consistency of his demonstrations, I infer that he has extensively practiced on the Proven locks. I also believe that McNally will continue to misrepresent additional Proven products. Presenting these bypasses as spontaneous or first-attempt successes is misleading and inconsistent with my own testing experience, where I was unable to replicate the result without trial and error and significant time investment.

8. I also observed that the lock model McNally bypassed in the Part 5 Video uses a spring-loaded core, which is one of several options offered by Proven. This core was designed for ease of use, accessibility, and cost-efficiency in certain applications, and we make this clear to customers. However, Proven also offers a higher-security version of the same lock with a deadbolt-style core.

That version cannot be shimmed using the methods depicted by McNally, due to the inherent design of its locking mechanism. It functions similarly to a residential deadbolt and is resistant to the type of bypass McNally showcases.

9. McNally does not acknowledge that Proven offers multiple security options, nor does McNally explain that the spring-loaded version is designed for said ease of use and affordability, not necessarily maximum security. As a result, the McNally Videos mislead viewers into believing that all Proven locks are susceptible to bypass, which is not true. This omission is significant and contributes to reputational harm by falsely portraying Proven's entire product line as vulnerable.

10. In the Part 5 Video, as with Parts 1 – 4, McNally continues the same pattern of using only the most basic, spring-loaded core version of our lock, while omitting mention of the more secure deadbolt core that Proven also offers. By selectively targeting only the most basic version of our products, McNally is misleading viewers about the available options and the actual security features of our locks.

11. Based on my review of all five videos posted by Defendant, it appears to be a consistent, predictable, and repeatable pattern that McNally selects only the most basic version of each Proven lock, specifically, those using

our spring-loaded core. As an engineer who has tested these locks extensively, I affirm that McNally's videos do not reflect real-world conditions or accurately represent Proven's range of products. The bypasses McNally demonstrates require specialized knowledge, precise shim fabrication, and favorable conditions, none of which are disclosed in the videos.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Signed this  31st  day of  May , 2025, in  Parrish , Florida.

Signature: *Anthony Sansone*

Name: Anthony Sansone

Title: Mechanical Engineer

# Audit trail

1/1

| | |
|---|---|
| Name of the document | Suplemental-Declaration of Anthony Sansone.pdf |
| Signature reference ID | 8182c089-bf88-4c59-beb6-bfce4e7418c1 |
| Date format | YYYY-MM-DD HH:MM:SS UTC |
| Status | SIGNED |
| Signing completed | 2025-06-01 00:39:48 UTC |

**Signing initiated**
2025-05-31 22:49:51 UTC

**Patent Specialist** (info@plusfirm.com) sent document for signing.
**Signers:**

   - **Anthony Sansone** (asansone@dmgfab.com)

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/137.0.0.0 Safari/537.36
IP: 174.76.187.215

**Document signed**
2025-06-01 00:39:47 UTC

**Anthony Sansone** (asansone@dmgfab.com)
  docbase-public
IP: 97.96.59.245
Authentication code: Not required

**Signing completed**
2025-06-01 00:39:48 UTC

---

Document was signed by using Pipedrive signing service.
We store viewing info only for signers that allow it. We show the first view from each signer.
Electronic signatures in this PDF document can be verified with Adobe Acrobat Reader.

**pipedrive**