UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

Case No. 8:25-cv-01119-MSS-LSG

Proven Industries Inc, a Florida corporation

   *Plaintiff,*

   v.

Trevor McNally, individual

   *Defendant.*
/

## Declaration of Derek Fahey, Esq. In Support of Plaintiff's Emergency Motion for Preliminary Injunction and Incorporated Memorandum of Law

I, Derek Fahey, declare as follows:

1. I am over eighteen years of age, I reside in Pinellas County, Florida, and am competent to testify to the matters stated herein.

2. I am an attorney licensed to practice law in the State of Florida and am counsel of record for Plaintiff, Proven Industries Inc. ("Proven"), in the above-captioned matter.

3. On April 7, 2025, my office and I filed an application for the audio/visual work entitled "YOU GUYS KEEP SAYING YOU CAN EASILY BREAK OFF OUR LATCH PIN LOCK" having an author of Proven Industries, Inc. A copy of the audio/visual work was submitted along with the application for registration to the U.S. Copyright Office. A copy of the audio/visual work submitted for registration is included as *Exhibit B-1*. *See*

1

Exhibit B-1, copy of Proven Video delivered on USB by Priority Mail.

4. The audio/visual work entitled "YOU GUYS KEEP SAYING YOU CAN EASILY BREAK OFF OUR LATCH PIN LOCK" was registered with the Copyright Office as Registration Number PA 2-524-347, with a date of Registration of April 7, 2025, having the claimant as Proven Industries, Inc. A copy of Registration Number PA 2-524-347 is submitted herewith as *Exhibit A*, U.S. Reg. No. PA 2-524-347.

5. On May 14, 2025, on behalf of Proven, I submitted a written request to the United States Copyright Office for the deposit copy of Registration Number PA 2-524-347 pursuant to 17 U.S.C. § 705(b) and 37 C.F.R. § 201.2(d). I am currently awaiting receipt of the deposit copy from the Copyright Office.

6. The video registered as Registration Number PA 2-524-347 is the original video created by or at the direction of Proven. It was first published on March 3, 2025, and forms the basis of the copyright claim in this action. My office submitted a DMCA takedown request to YouTube, TikTok, Instagram, and Facebook to have each platform take down McNally's Part 1 Video based on Proven's ownership rights in the audio/visual work entitled "YOU GUYS KEEP SAYING YOU CAN EASILY BREAK OFF OUR LATCH PIN LOCK" and registered at the Copyright Office as Registration Number PA 2-524-347. *See* Exhibit B-2, copy of Part 1 Video delivered on USB by Priority Mail.

7. On May 26, 2025, I learned from Proven's President, Mr. Ronald Lee, II, that Defendant published a second and third video. *See* Exhibits B-3 and B-4, copies of Part 2 and 3 Videos, respectively, delivered on USB by Priority Mail. That evening, I sent an email to Defendant's counsel, Mr. Ken Turkel,

Esq., demanding that his client immediately cease the harassment of Proven's President, Ronald Lee, II.

8. In my May 26 email to Mr. Turkel, I explained that Mr. Lee's private cell phone number was disclosed in a comment to one of the videos which triggered a surge of harassing calls and texts, and I advised that I would follow up with a phone call the next day.

9. On May 27, 2025, I spoke with Mr. Turkel to confer on the matter and to further explain Proven's position.

10. On May 28, 2025, at 5:40 am and 6:37 am, I sent two emails to Mr. Turkel. In those emails I explained that Mr. McNally's family has been contacted and that because of the hundreds of emails Proven's customer support received Proven's employees are now concerned about their personal well-being and workplace morale. *See* Exhibit C.

11. Later that day on May 28, 2025, Defendant published a fourth video, just one day after I contacted Defendant's counsel regarding the escalating consequences of the prior videos. *See* Exhibit B-5, copy of Part 4 Video delivered on USB by Priority Mail.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

[*remainder of page intentionally left blank*]

[*Signature page on next page*]

Signed this  2nd   day of June 2025, in Pinellas County, Florida.

Signature: /s/ Derek Fahey/

Name: Derek Fahey

Title: Lead Counsel for Plaintiff

4