# EXHIBIT A

|  |  |
|---:|:---|
| **Name:** | Derek Fahey |
| **Date:** | April 07  2025 |
| **Applicant's Tracking Number:** | PROVEN-l-CA-001 |

|  |  |
|---:|:---|
| **Correspondence:** | Yes |

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**PA 2-524-347**

**Effective Date of Registration:**
April 07, 2025

**Registration Decision Date:**
April 08, 2025

## Title

**Title of Work:** YOU GUYS KEEP *SA* YING YOU CAN EASILY BREAK OFF OUR LATCH PIN LOCK

## Completion/Publication

**Year of Completion:** 2025
**Date of 1st Publication:** March 03, 2025
**Nation of 1st Publication:** United States

## Author

- **Author:** Proven Industries, Inc.
  **Author Created:** Entire Video
  **Work made for hire:** Yes
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Proven Industries, Inc.
2310 South Dock Street, #111, Palmetto, FL, 34221

## Rights and Permissions

**Organization Name:** Proven Industries Inc.
**Email:** rlee@provenlocks.com
**Telephone:** (813)816-1975
**Address:** 2310 South Dock Street
#111
Palmetto, FL 34221 United States

## Certification

Page 1 of 2

**Rcgistrotion *tt*:**   PA0002524347
**Service Request #:**   1-14902080221

The Plus IP Firm
Derek Fahey
101 NE 3nl Avt:.
Suite 1500
Fort Lauderdale, FL 33301