# EXHIBIT C

**From:** Derek Fahey
**Sent:** Wednesday, May 28, 2025 6:35 AM
**To:** Ken Turkel
**Cc:** Gayla Arnold ; David Hayes Austin Nowacki
**Subject:** Re: Proven Industries Inc. v Trevor McNally - cell phone of President of Proven Industries disclosed in McNally's recent posts

Ken,

As a follow up to my previous email today, in the two new videos McNally posted about Proven Locks on May 23 and May 25, respectively, McNally shims the lock when not in use on a trailer coupling, which makes it much easier to shim the lock than when in use on a trailer coupling. This is because McNally can maneuver the shim and position his fingers in the gap between the shackle and the lock body. McNally's Videos falsely imply that Proven's locks can be bypassed by anyone, without specialized tools, training, or preparation. Also, McNally monitors and sees the comments online so he knows how nasty these comments can get. But yet does nothing about it.

Also, Proven's employees are now expressing concern about the working environment at Proven stemming from the videos circulating online and the disgusting messages Proven employees are now receiving.

Proven demands your client remove all three videos from circulation.

Below is an email from Proven's employee expressing concerns stemming from the messages being received.



Here are some examples of what we are seeing-





Derek Fahey, Esq. | Reg'd Patent Attorney

 | www.plusfirm.com

CLICK TO SCHEDULE AN APPOINTMENT WITH DEREK

*Email Disclaimer: The content of this email is strictly confidential and intended for the recipient specified in email only unless otherwise stated. It is strictly forbidden to share any part of this message with any third party, without the prior written consent of the sender. Note: Our firm is not responsible for monitoring any deadlines associated with your patent, unless otherwise retained.*

---

**From:** Derek Fahey
**Sent:** Wednesday, May 28, 2025 5:40 AM
**To:** Ken Turkel
**Cc:** Gayla Arnold ; David Hayes ; Austin Nowacki
**Subject:** Proven Industries Inc. v Trevor McNally - cell phone of President of Proven Industries disclosed in McNally's recent posts

Ken,

Thank you for taking my call last night wherein we discussed the two new videos McNally posted.

As we discussed and as can see from my email attachments that I previously sent to you after McNally posted the two new videos, my client's president has been many receiving harassing phone calls and texts from McNally followers. Additionally, Proven's business support team has been dealing with many email harassing email messages. And now my mother has been receiving harassing messages on Facebook.

Have your client remove all three videos. If not, Plaintiff intends to file for emergency relief to have all three videos removed and to prevent McNally from posting any additional videos about Proven.

After you confer with your client, please let me know if want to discuss or if the videos will be removed.

Derek

Derek Fahey, Esq. | Reg'd Patent Attorney

▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ (office)

▇▇▇▇▇▇▇▇▇▇ (mobile)

▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ | *www.plusfirm.com*

CLICK TO SCHEDULE AN APPOINTMENT WITH DEREK

*Email Disclaimer: The content of this email is strictly confidential and intended for the recipient specified in email only unless otherwise stated. It is strictly forbidden to share any part of this message with any third party, without the prior written consent of the sender. Note: Our firm is not responsible for monitoring any deadlines associated with your patent, unless otherwise retained.*



**From:** Derek Fahey ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
**Sent:** Monday, May 26, 2025 9:48:23 PM
**To:** Ken Turkel ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
**Cc:** Gayla Arnold ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇; David Hayes ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇; Austin Nowacki ▇▇▇▇▇▇▇▇▇▇▇▇▇
**Subject:** Proven Industries Inc. v Trevor McNally - cell phone of President of Proven Industries disclosed in McNally's recent posts

Ken,

Have your client take immediate action to stop harassment of Mr. Ronald Lee, II President of Proven Industries, Inc. and Proven Industries , Inc.

Mr. McNally recently posted two new videos related to Proven Industries. The private cell phone of Ronald Lee, II, President of Proven Industries' has been disclosed and my client is now receiving numerous calls and texts on his cell phone and additional posts. See screen shot below of my client's cell phone disclosed below and attached.

I will call your office tomorrow to discuss further.





Derek Fahey, Esq. | Reg'd Patent Attorney
| www.plusfirm.com

CLICK TO SCHEDULE AN APPOINTMENT WITH DEREK

Email Disclaimer: The content of this email is strictly confidential and intended for the recipient specified in email only unless otherwise stated. It is strictly forbidden to share any part of this message with any third party, without the prior written consent of the sender. Note: Our firm is not responsible for monitoring any deadlines associated with your patent, unless otherwise retained.