# EXHIBIT A

|  |  |
|---:|:---|
| **Name:** | Derek Fahey |
| **Date:** | April 07  2025 |
| **Applicant's Tracking Number:** | PROVEN-l-CA-001 |

**Correspondence:**   Yes

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**PA 2-524-347**

**Effective Date of Registration:**
April 07, 2025

**Registration Decision Date:**
April 08, 2025

## Title

| | |
|---|---|
| **Title of Work:** | YOU GUYS KEEP *SA*YING YOU CAN EASILY BREAK OFF OUR LATCH PIN LOCK |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2025 |
| **Date of 1st Publication:** | March 03, 2025 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | Proven Industries, Inc. |
| **Author Created:** | Entire Video |
| **Work made for hire:** | Yes |
| **Citizen of:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Proven Industries, Inc.<br>2310 South Dock Street, #111, Palmetto, FL, 34221 |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | Proven Industries Inc. |
| **Email:** | rlee@provenlocks.com |
| **Telephone:** | (813)816-1975 |
| **Address:** | 2310 South Dock Street<br>#111<br>Palmetto, FL 34221 United States |

## Certification

**Rcgistrotion** *tt:*   PA0002524347
**Service Request** #:   1-14902080221

The Plus IP Firm
Derek Fahey
101 NE 3nl Avt:.
Suite 1500
Fort Lauderdale, FL 33301