# EXHIBIT C

# YOUTUBE
https://www.youtube.com/@McNallyOfficial



# TIKTOK

https://www.tiktok.com/@mcnallyofficial?lang=en



# INSTAGRAM

https://www.instagram.com/mcnallyofficial/?hl=en



# FACEBOOK

https://www.facebook.com/McNallyOfficial1/



