# EXHIBIT E

[redacted]

[redacted]

--

[redacted]

---------- Forwarded message ---------
From: **Provenlocks Support** <mvr4w502dlzg6z71@email.gorgias.com>
Date: Tue, May 20, 2025 at 1:31 PM
Subject: Re: Exchange
To: [redacted]

Latch pin lock return request

On Tue, May 20, 2025, at 02:08 PM, Provenlocks Support <mvr4w502dlzg6z71@email.gorgias.com> wrote:

Hello [redacted],

I attached your return label in this email. Sometimes they get lost when we try sending them automatically through the system.

Thank you,
[redacted]

On Tue, May 20, 2025, at 01:55 PM, [redacted] wrote:

Good morning,

Just to confirm—are you saying the lock has already been improved and can no longer be opened using a strip from a soda can? I'd appreciate it if you could clarify exactly what improvements have been made.

Also paying $140 per lock That's not a small investment, especially considering I'm relying on these to protect my assets. I want to be sure the security justifies the cost.

" Smile and the whole World will smile with you !"

On Tue, May 20, 2025, at 12:20 PM, Provenlocks Support <mvr4w502dlzg6z71@email.gorgias.com> wrote:

Good morning [redacted],

We take feedback very seriously and are constantly innovating and updating our locks. After that video, our engineers updated and improved our latch pin lock.

I'll contact my manager and have them resend the return label.

Thank you for your time and patience.

[redacted].

On Mon, May 19, 2025, at 03:17 AM, [redacted] wrote:

I recently did some research and came across a video that left me really disappointed. I paid a lot of money to upgrade to a stainless steel lock (and bought many of your other products as well) , only to find out it can be picked using something as simple as a piece of a soda can. I feel really let down by this.
https://www.youtube.com/shorts/YjzlmKz_MM8

$130 lock bypassed with can - Proven Industries - YouTube

About Press Copyright Contact us Creators Advertise Developers Terms Privacy Policy & Safety How YouTube works Test new features NFL Sunday Ticket Press Copyright ...
www.youtube.com

On Sat, May 17, 2025, at 04:06 PM, [redacted] wrote:

Hello, where is the return label?
" Smile and the whole World will smile with you !"

On Fri, May 16, 2025, at 03:25 PM, Provenlocks Support <mvr4w502dlzg6z7l@email.gorgias.com> wrote:

Hey [redacted],

I apologize for the duplicate email. You can disregard the instructions for the first option. Below are the instructions for your return, and we should be shipping that out for you today!

***Second Option*:**
**· Place a new order for the correct model needed, by phone ONLY**
**· Keep the original puck lock (we will ship coupler lock without puck lock)**
**· Ship original coupler lock without puck lock to address on RA form**
**· Once we receive original lock in like-new condition, we will refund the original order**

On Fri, May 16, 2025, at 03:22 PM, Provenlocks Support <mvr4w502dlzg6z7l@email.gorgias.com> wrote:

Good morning, [redacted].

This is [redacted] with Proven Locks. We spoke over the phone regarding your return.

Below, you will find the RA form. You will want to fill it out and place it in the box with the return items.

Your [redacted]

You will also want to keep the locking core, as we will only send you the pins, not the locking core.

We will be sending your return label shortly.

Exchange Options
First Option:
· Complete Return Authorization form
· Mail just coupler lock (no puck lock) to address on RA form
· Keep the puck lock (stainless steel, black, blue, etc) you received
· If exchange model is more, we will email invoice you for the difference and shipping
· If exchange is same price, we will email invoice you for shipping
· Once invoice is paid and we receive the exchange in like-new condition, your new order will ship

I appreciate your patience