# EXHIBIT F



