# EXHIBIT G













## Respond to Customer Review #318514

**BBB Customer Review for Proven Industries by** [redacted] **on 5/25/2025**

★☆☆☆☆

this company is harassing a locksmith for showing the public how easy their lock can be bypassed never give your business to scum like them.

We take all feedback seriously; however, we believe this complaint was not submitted by an actual customer, but rather by someone acting on behalf of a third-party content creator. There is no record of this individual purchasing or using our product, and no specific issue or incident related to a transaction has been raised.

While no security device is 100% failproof, our locks are trusted by thousands of satisfied customers, and we continuously invest in improving our products and educating users on proper installation and usage.

If this individual has a genuine product concern, we encourage them to reach out to us directly so we can address it constructively.

Management on 05/27/2025

# Respond to Customer Review #318513

**BBB Customer Review for Proven Industries by ~~[redacted]~~ ████ from zip/postal code: ████ on 5/25/2025**

★☆☆☆☆

The make locks and are pissed about a viral locksmith picking their "unpickable" locks. They're harassing him, threatening him with lawsuits and even contacting his wife via her personal number. Talk about creepy, stay away.

Thank you for the opportunity to respond.

This complaint appears to come from someone who is not a customer and has no direct experience with our company or products. Instead, it seems to reflect support for a content creator who produced a video about one of our locks.

To clarify: Our company has never advertised any product as "unpickable." No lock is immune to bypass under all circumstances, and responsible lock manufacturers—including us—recognize this. However, we strongly object to misleading demonstrations that do not reflect real-world use or proper installation, as they can cause unnecessary concern among customers.

We welcome any feedback from actual users of our product and are always happy to work directly with customers who have questions or concerns.

*Management on 05/27/2025*













 




