# EXHIBIT H

# YOUTUBE VIDEOS:

*https://www.youtube.com/shorts/dbMmc-diolc*





@neruz5 2 days ago

Threatening through his wife, not the person directly
smh

👍 4  👎  Reply

@jasoncross6373 2 days ago

Says there's 49 comments but I see just 4, guess
they're on a deleting spree, must be people pointing
out how easy this one is to shim open with a soda can.
Instead of deleting, how about you improve the design.

Read more

👍 1  👎  Reply

@anyholeismygoall853 2 weeks ago

Pathetic clowns imagine trying to scam customers
with a shitty lock then threatening the guy doing
everyone a favor by calling you out for your bullshit.
losers hopefully your company goes belly up lol.

Read more

👍 1  👎  Reply



**@OkamiRex** 2 weeks ago

Hey. instead of threatening an innocent person to "be prepared"-- how about taking McNally's vid to heart and make a product you can't break into with a fucking shredded aluminum can.

👍 2   👎     Reply

**@originalhayze2698** 2 weeks ago

Bro done hit up a mans wife, what a scumbag lmao with his dumpster fire of a junk lock lmao

👍 👎     Reply

**@leviolson3977** 2 weeks ago

Real mature to contact the guys wife. Clearly your product is made from shit and it appears you are too.

👍 👎     Reply

**@AppalachianKentucky** 2 weeks ago

Step one: sell a garbage product
Step two: call out a beloved industry icon
step three: lose to a fucking aluminum can
Step four: threaten someone's wife..

Read more

👍 👎     Reply



**@KallunoLeaf** 2 weeks ago

Threatening a man's wife for proving you wrong? Hope you never meet me in real life

👍 👎     Reply



**@SkirnirK** 2 weeks ago (edited)

"How to stop people who pick your 'unpickable lock'
with a EMPTY CAN..";
- Threaten them with DMCA takedowns
- Threaten their wife...

Read more

👍  👎    Reply



**@DemonicEmpowerment** 2 weeks ago

Why is this embarrassing shit still up. Picked my a
shredded soda can.

👍  👎    Reply



**@hisaffliction8thms** 2 weeks ago

Would be aome sad saxk to get butt hurt and threaten
someone for doing R n D for free. Do better dingle
berry

👍  👎    Reply



**@-VOR** 2 weeks ago

"haters"? Because we told you the truth? Grow tf up.
Lol looks like you ate crow with that dip 💩 comment
HATING on McNally huh? 😂 imbecile

👍  👎    Reply



**@Tullminator** 2 weeks ago

Lol beat by a soda can. This guy is a chode. Then he
calls and threatens his wife. What a bi+<h

👍  👎    Reply

 **@xLxUxSxTx** 2 weeks ago (edited)

I'm not coming here to troll you about how your lock
has been proven to be opened by the most basic of
locking picking skills that we learned in middle school.
I'm not here to sell aluminum cans...

Read more

👍 3  👎    Reply

 **@Khlaid77** 3 weeks ago

Provenlocks. You need to improve it more. Someone
already unlock it using a TinCan

👍 👎    Reply

 **@nohunger3206** 3 weeks ago

My oh my, how are you fellas faring after that
@McNallyOfficial Aluminum Can debunk? 👀 Don't go
making fraudulent products now..

👍 👎    Reply

# INSTAGRAM:
https://www.instagram.com/provenlocks/?hl=en



















































**caydenmoose_** 6d
Yeah I'm not buying this, McNally easily
unlocked your locks so I'm just gonna buy a
master lock or something.

Reply   Hide

419

View 3 previous replies

**blenderfucker_** 6d
Who would want to waste money on your
locks?

Reply   Hide

55

**callsign.kilo** Weren't this picked with a soda can and yall had
no response?

3d   26 likes

**cypher_rides** Branding is everything and you cooked it. Say
FairPlay and move on, always new strategies. Maybe collab
with the guy??

3w   160 likes   Reply

**ivaldifreyrxiv** Security? Your "security" can be beaten by
Mountain Dew.

3w   460 likes   Reply

      View replies (5)

**thefatbradpitt** How is it going to get personal for him exactly?

3w   162 likes   Reply

      View replies (31)

**pseudojo** How can you take pride as engineers when you
design dogshit stuff

3w   501 likes   Reply

**amelieee1_h** "Protecting your investment" but the lock can be
opened with a drinks can ffs!

3w   770 likes   Reply



abdeufga "It's going to get really personal for him soon" lmao what you gonna do ? lock him up with your crappy locks just like you keep your comments section locked

3w   385 likes   Reply

devon__straw If you cared about feedback you'd redesign the lock

3w   293 likes   Reply

—— View replies (6)

1_adis_3 So you also delete the video you made lmaoooo 😅😂😂

3w   180 likes   Reply

—— View replies (3)

wafaam5 The only difference between you and titanic is you ain't big yet

3w   166 likes   Reply

—— View replies (7)

enzo.lanoizelee Just like @mcnallyofficial potentially opened your lock ?

3w   138 likes   Reply

marin_susic Damn that mcnally comment really backfired huh 😅

2w   25 likes   Reply

notreallyawwen can this be opened with a beer can too or nah?

3w   110 likes   Reply

diddy_disciple_46029 You said something about McNally and him only opening cheap locks right?

3w   24 likes   Reply

chris_vaccari91 How'd talkin shit work out for y'all 😂😂😂😂

3w   59 likes   Reply

**kevharlow**



3w   251 likes   Reply

—— View replies (1)

**detoastyone** @kevharlow came here for these 😂
3w   4 likes   Reply

**909chevelle** ✓ @detoastyone I'm thirsty 👅
3w   Reply

**detoastyone** @909chevelle lost your key didn't cha? 😂
3w   Reply

**kobyylane** One can and it's over for you
2d   1 like   Reply

**gorp6224** Opend with an empty can
2w   12 likes   Reply

**bumahfaggiot** Every lock has an easy bypass, but only u guys have thrown a fit when proven wrong
2d   Reply

**easypoachin** Still a shit lock. 😂
3w   38 likes   Reply

**rouseytt** @mcnallyofficial
3w   58 likes   Reply   • • •

## FACEBOOK:

https://www.facebook.com/reel/1164864031591849







# TIKTOK:

https://www.tiktok.com/@provenindustriesofficial













**Mintjam**
Proven to be garbage
4-18    ♡ 46    Reply

**Marco**
Why are you doing this, whilst you know that people will crack crappy locks within 30 seconds
4-18    ♡ 3    Reply



**AIC**
He's deleting everything 🤬            ♡
4-14    Reply                          70

**supernoodle**
went from 20 to 1 Comments when I clicked 🤣    ♡
4-15    Reply                                    11

## AMAZON – PRODUCT LISTING COMMENTS:

https://www.amazon.com/stores/page/C3B51305-94E3-4840-8A4F-AE0BA8F61E42?ingress=2&visitId=260e2370-7372-44e7-bf96-31b1382ed325&store_ref=bl_ast_dp_brandLogo_sto&ref_=ast_bln



