# EXHIBIT I













## Hundreds of messages:



