# **EXHIBIT K**

## Re: Concerning Messages

Ron Lee
President



-------- Forwarded message --------
From: **David Smith**
Date: Tue, May 27, 2025, 9:44 AM
Subject: Concerning Messages
To: Ron Lee                    , Anthony Sansone

Hi Ron - I wanted to bring to your attention the growing concern stemming from the recent videos circulating online. The impact is extending far beyond product feedback, it has become personal and has created an uncomfortable work environment for the team.

We've received hundreds of messages in the past few days, many of which include aggressive language, threats, and disturbingly violent rhetoric- even referencing your family.

This has not only disrupted our workflow, but is also having a negative impact on the staff.

My concern would be the company's reputation, the safety of you and your family, and everyone's job security.

Despite the disruption, we're committed to pushing forward with business as usual. That being said, it's important to acknowledge the toll this situation is taking on the team. The constant stream of harassment is creating a distracting and stressful environment, which has understandably affected overall productivity. While everyone is doing their best to stay focused, it's becoming harder to shield the team from the noise.

Should we be concerned about our safety? Some of these comments are very inappropriate and disturbing.

Here are some examples of what we are seeing-

Here are some examples of what we are seeing-

You look like you haven't taken a shower in 13 months, you bum. I've seen monkeys with a better physical appearance than you. Your physique is absolutely abhorrent. You look like you know your wife is being fucked by 13 other guys every other week night, but you pretend not to notice. You look like you know that child isn't yours, but you gaslight yourself into believing it is just so you don't cry yourself to sleep at night. Maybe instead of shitting on people, you should take the criticism and improve your products. You're an embarrassment of a company. You're a fuckin shit stain to this earth, buddy. I can't wait to dox you and spread your address and family's info all over the web, buddy. I'd say more but I'd probably begin to incriminate myself. Anyways, what's ur favorite color, dipshit

## Contact Us

| Name | ProvenFags |
|---|---|
| Phone Number | |
| E-mail | lickthistaint@yahoo.com |
| Message | Do all of your locks open as easy as your wife's legs? Cause if so I'd just claim bankruptcy now and save a lot of time and wasted effort<br><br>I've attached a picture of me plowing your wife since you all seem so interested in cuckoldry |
| Attach a file or image | IMG_3224.jpeg |

