# EXHIBIT L













