# EXHIBIT O





