# EXHIBIT P

5/29/25, 5:08 PM                Amazon.com: Proven Industries Coupler Latch Pin Lock, Stainless Steel, Fits Most Coupler Styles, Stainless Steel, Made in The U…

Case 8:25-cv-01119-MSS-LSG    Document 10-27    Filed 06/02/25    Page 2 of 16 PageID 351

Delivering to Scottsdale 85260 Update location | Tools & Home Improvement ▾ | Search Amazon | EN ▾ | Hello, Dillon Account & Lists ▾ | Returns & Orders | 0

All | Rufus | Join Prime | Amazon Haul | Same-Day Delivery | Medical Care ▾ | Saks | Amazon Basics | Customer Service | Buy Again

Tools & Home Improvement | Best Sellers | Deals & Savings | Gift Ideas | Power & Hand Tools | Lighting & Ceiling Fans | Kitchen & Bath Fixtures | Smart Home | Shop by Room

**Celebrate Ani-May - Shop Anime Deals & More!**

## Consider these alternative items

 Proven Industries Model HL1 Receiver Hitch Pin Lock, Fits 2-Inch or 2 1/2-Inch Receivers,
4.6   125
$75⁰⁰

 Proven Industries Model HL1 Receiver Hitch Pin Lock, Fits 2-Inch or 2 1/2-Inch Receivers,
4.6   125
$75⁰⁰

 Proven Industries Model 400XL Puck-Lock Set, Made in The USA, Pack of 2, (Black)
4.4   147
$127⁰⁰  ($63.50/count)

Automotive › Exterior Accessories › Towing Products & Winches › Hitch Accessories › Hitch Locks



Click to see full view




3+
VIDEO

⦿ Ask Rufus

[ What material is this lock made of? ]   [ Does it come with a key? ]

[ Can it be used on all trailer types? ]   [ Ask something else ]

# Proven Industries Coupler Latch Pin Lock, Stainless Steel, Fits Most Coupler Styles, Stainless Steel, Made in The USA, Model 651

Visit the Proven Industries Store
4.3           (41)

| Brand | Proven Industries |
|---|---|
| Special Feature | Unique Key Design, Interior Locking Mechanism |
| Lock Type | Pin Tumbler |
| Item dimensions L x W x H | 3 x 3 x 2 inches |
| Material | Stainless Steel |

## About this item

- HEAVY-DUTY LOCK: It's important to do everything you can to protect your belongings and your trailer or camper from being stolen. This strong coupler latch pin lock will keep your trailer secure.
- LATCH PIN LOCK: Our stainless steel latch pin lock is compatible with multiple popular trailer coupler styles. The pin diameter is 1/4" with a 7/8" span.
- UNIQUE KEY DESIGN: This latch pin lock has a special key design that prevents lockpicking. Our innovative key system also features an interior locking mechanism that deters would-be thieves from making a copy of your key.
- TOUGH LATCH PIN LOCK: This device features stainless steel construction to protect your trailer and trailer-coupler from theft.
- PROVEN INDUSTRIES: We are dedicated to providing our customers with the most effective trailer locks on the market. We carefully research and manufacture our locking systems from conception to fabrication in the USA.

No featured offers available
Learn more

Delivering to Scottsdale 85260 - Update location

[ See All Buying Options ]

[ Add to List ]

5/29/25, 5:08 PM
Case 8:25-cv-01119-MSS-LSG   Document 10-37   Filed 06/03/25   Page 3 of 16 PageID 352
Amazon.com: Proven Industries Coupler Latch Pin Lock, Stainless Steel, Fits Most Coupler Styles, Stainless Steel, Made in The U…

› See more product details

### Additional Details



**Small Business**
This product is from a small business brand. Support small. Learn more

Report an issue with this product or seller



**Warm weather driving essentials**
Warm weather driving essentials
Shop now

---

## Based on your recent views  Sponsored ⓘ                                             Page 1 of 58

    

| Proven Industries Model 2516 Trailer Lock, Fits 2 5/16-Inch Couplers, Secures Safet… | Proven Industries Model 400XL Puck-Lock Set, Made in The USA, Pack of 2, (Black) | Proven Industries Model 2178-B Trailer Lock, Fits 2-Inch Bulldog or Ram Trailer Cou… | Proven Locks Model S175: 2 inch Trailer Hitch Lock, Fits Select 2 inch Couplers (2 … | Proven Industries Model 2517-D1 Trailer Lock, Fits 2 5/16-Inch Demco Cast Trailer C… |
|---|---|---|---|---|
| 1,553 | 147 | 136 | 265 | 2 |
| Amazon's Choice | $127⁰⁰ ($63.50 / count) | $280⁰⁰ | -13% $105⁰⁰ List: $120.00 | $295⁰⁰ |
| $275⁰⁰ | | | | |

## 4 stars and above  Sponsored ⓘ                                                      Page 1 of 29

    

| Proven Industries Model 2516 Trailer Lock, Fits 2 5/16-Inch Couplers, Secures Safet… | Proven Industries Model HL1 Receiver Hitch Pin Lock, Fits 2-Inch or 2 1/2-Inch Rece… | Proven Industries Model 400XL Puck-Lock Set, Made in The USA, Pack of 2, (Blue) | Proven Industries Model 2517-AS Trailer Lock, Fits (2020-or Newer) 2 5/16-Inch Airs… | Proven Locks Model S175: 2 inch Trailer Hitch Lock, Fits Select 2 inch Couplers (2 … |
|---|---|---|---|---|
| 1,553 | 125 | 147 | 108 | 265 |
| $275⁰⁰ | $75⁰⁰ | $127⁰⁰ ($63.50 / count) | $318⁰⁰ | Amazon's Choice |
| | | | | -13% $105⁰⁰ List: $120.00 |

---

## From the brand

5/29/25, 5:08 PM                         Amazon.com: Proven Industries Coupler Latch Pin Lock, Stainless Steel, Fits Most Coupler Styles, Stainless Steel, Made in The U…
Case 8:25-cv-01119-MSS-LSG    Document 10-37    Filed 06/02/25    Page 4 of 16 PageID
                                                    353






At Proven Industries, we are dedicated to providing you with strong, effective, and secure products. Our family-owned business caters to customer needs without sacrificing quality, and our products are manufactured in the USA to

**Product Description**








Proven Industries

# Heavy-Duty Latch Pin Lock

Our latch pin lock was designed to be compatible with multiple popular trailer coupler styles. This lock securely latches your coupler's handle in the closed position to prevent any unwanted decoupling. Our stainless latch pin locks are machined in the USA from domestic billet materials. Also includes a durable stainless steel locking pin. This latch pin lock works in conjunction with our coupler locks for the ultimate protection.



## Product information

| Item details | Features & Specs |
|---|---|
| | Measurements |
| **Warranty & Support** | |
| Amazon.com Return Policy: **Amazon.com Voluntary 30-Day Return Guarantee:** You can return many items you have purchased within 30 days following delivery of the item to you. Our Voluntary 30-Day Return Guarantee does not affect your legal right of withdrawal in any way. You can find out more about the exceptions and conditions [here](#). | Materials & Care |
| | Style |
| **Feedback** | |
| Would you like to [tell us about a lower price?](#) | |

## Videos

5/29/25, 5:08 PM          Amazon.com: Proven Industries Coupler Latch Pin Lock, Stainless Steel, Fits Most Coupler Styles, Stainless Steel, Made In The U…

Case 8:25-cv-01119-MSS-LSG    Document 10-37    Filed 06/02/25    Page 7 of 16 PageID 356

### Videos for this product



0:22

Customer Review: Nice lock
Hunter



0:40

Proven Industries Coupler Latch Pin Lock Overview
Proven Industries

Upload your video

### Looking for specific info?

Ask Rufus or search reviews and Q&A

| What material is this lock made of? | Does it come with a key? | Can it be used on all trailer types? |

| Is it weather resistant? | Does it prevent lock picking? |

## Compare with similar items

| | This Item | Recommendations | | |
|---|---|---|---|---|
| | <br>**Proven Industries** Coupler Latch Pin Lock, Stainless Steel, Fits Most Coupler Styles, Stainless Steel,…<br>Buying options | <br>**Proven Industries** Model 2516 Trailer Lock, Fits 2 5/16-Inch Couplers, Secures Safety Chains,…<br>Add to cart | <br>**Proven Industries** Model 2516-GP Trailer Lock, Fits Select 2 5/16-Inch Trailer Couplers, Mad…<br>Add to cart | <br>**Proven Industries** Model 2516-B2 Trailer Lock, Fits Select Cast-Steel 2 5/16-Inch Adjustable…<br>Add to cart |
| **Price** | — | $275⁰⁰ | $299⁰⁰ | $275⁰⁰ |
| **Delivery** | — | Get it as soon as **Tuesday, Jun 3** | Get it **Jun 4 - 6** | Get it **Jun 4 - 6** |
| **Customer Ratings** | 4.3         41 | 4.7         1,553 | 4.9         28 | 4.5         36 |
| **Sold By** | — | Proven Industries | Proven Industries | Proven Industries |
| **Lock Type** | Pin Tumbler | Key Lock | Key Lock | Key Lock |
| **Material** | Stainless Steel | Alloy Steel | Alloy Steel | Alloy Steel |
| **Shape** | — | Round | Round | Rectangular |
| **Finish Type** | Unfinished | — | Powder Coated or Painted | Powder Coated |

### More from frequently bought brands  *Sponsored* ⓘ                                                                 Page 1 of 32

    

| Proven Locks Model WL-200 J-Style Wheel Lock,Trailer Wheel Lock for Leaf-Spring Tra... | GusHill USA GH 23521 Coupler Latch Lock, 1/4-Inch Pin Diameter, Up to a 3/4" Span | Proven Industries Model 2517-D1 Trailer Lock, Fits 2 5/16-Inch Demco Cast Trailer C... | Proven Locks Model HL1 Receiver Hitch Pin Lock, Fits 3-Inch Receivers, Stainless St... | Proven Industries Model 2516 Trailer Lock, Fits 2 5/16-Inch Couplers, Secures Safet... |
|---|---|---|---|---|
| 9 | 7 | 2 | 3 | 1,553 |
| $215.00 | $6.00 | $295.00 | $90.00 | Amazon's Choice<br>$275.00 |

## Similar brands on Amazon
Sponsored                                                                 Page 1 of 2







Rhino USA Adjustable Trailer Hitch (Fits 2-Inch Receiver) - Heavy Duty Aluminu…
 4.4    721
$199.90

Proven Locks Model S175: 2 inch Trailer Hitch Lock, Fits Select 2 inch Couplers …
 4.6    265
$105.00   List: $120.00



## Customer reviews
4.3 out of 5
41 global ratings

| 5 star | 79% |
| 4 star | 0% |
| 3 star | 5% |
| 2 star | 6% |
| 1 star | 10% |

How customer reviews and ratings work

### Review this product
Share your thoughts with other customers

Write a customer review

## Customers say
Customers find the lock well-built and tough as nails.
AI-generated from the text of customer reviews

**Select to learn more**
✓ Build quality  |  ✓ Functionality

### Reviews with images                                See all photos ›

  

### Top reviews from the United States

 Christopher

**Great lock**
Reviewed in the United States on May 2, 2025
**Verified Purchase**
Strong lock right here for securing your trailer it's worth it. My locksmith had to destroy the cylinder to get it open and took about 20 minutes which is great very heavy metal

2 people found this helpful

Helpful    Report

5/29/25, 5:08 PM Amazon.com: Proven Industries Coupler Latch Pin Lock, Stainless Steel, Fits Most Coupler Styles, Stainless Steel, Made In The U…

Case 8:25-cv-01119-MSS-LSG   Document 10-37   Filed 06/02/25   Page 9 of 16 PageID 358


Sponsored

 Edward Ennis

### Heavy duty lock.
Reviewed in the United States on April 7, 2025
**Verified Purchase**

Lock is nice and heavy. The lock is not a put the key in and turn. You have to rotate the key to lock and unlock. This is a little difficult when the key is on your key ring. I still give it a 5 star.

2 people found this helpful

Helpful    Report

 Amazon Customer

### Heavy duty!!
Reviewed in the United States on April 19, 2025
**Verified Purchase**

Possibly the stoutest lock ive ever seen. Bought to lock a trolling motor onto its mount. I'm very impressed with every aspect of this product.

2 people found this helpful

Helpful    Report

 Amazon Customer

### Good lock
Reviewed in the United States on April 13, 2025
**Verified Purchase**

I don't know where you could find a stronger lock. These are
Very good.

One person found this helpful

Helpful    Report

 Dian H. Carlson

### Can be opened using a soda can. Cheap lock
Reviewed in the United States on May 25, 2025

This lock can be opened with a soda can. The company also threatened to sue anyone showing themself unlocking it with a soda can rather than actually fixing the issue.

52 people found this helpful

Helpful    Report

Tandy Norris

### Fast shipping and works great
Reviewed in the United States on April 22, 2025
**Verified Purchase**

Heavy duty clock

One person found this helpful

Helpful    Report

Hunter

### Nice lock
Reviewed in the United States on May 25, 2025
**Verified Purchase**

Heavy duty lock. Made in the USA. I would buy again.

Helpful    Report

Amazon Customer

**What's not to like?!**

Reviewed in the United States on February 5, 2025

**Verified Purchase**

The lock is tough as nails and works very well. You can feel the craftsmanship.

The customer service is out of this world! I'm a dummy and lost my keys. Thankfully, Emma saved the day.

This is a perfect example of you get what you pay for. Yes, you can find something cheaper, but it's not Made in the USA. The quality is not the same. Emma and the rest of Proven Industries team will not be there to support you when you lose the keys.

One person found this helpful

Helpful    Report

See more reviews ›

## Customers who bought this item also bought    Page 1 of 12



Proven Industries Model HL1 Receiver Hitch Pin Lock, Fits 2-Inch or 2 1/2-Inch Receivers, Stainless Steel Pin, Made in The…
125
$75⁰⁰
Get it as soon as **Tuesday, Jun 3**
FREE Shipping by Amazon



Sponsored
Proven Industries Model 2178 Trailer Lock, Fits 2-Inch Trailer Couplers,…
741
$275⁰⁰
Get it as soon as **Tuesday, Jun 3**
FREE Shipping by Amazon



Proven Industries Model 2516 Trailer Lock, Fits 2 5/16-Inch Couplers, Secures Safety Chains, Made in The USA, (Blue)
1,553
$275⁰⁰
Get it as soon as **Tuesday, Jun 3**
FREE Shipping by Amazon



Sponsored
Proven Industries Model 400XL Puck-Lock Set,…
147
Amazon's Choice
$127⁰⁰ ($63.50/count)
Get it as soon as **Tuesday, Jun 3**
FREE Shipping by Amazon



Proven Industries Model 400XL Puck-Lock Set, Made in The USA, Pack of 3, (Black)
153
Amazon's Choice
$178⁰⁰ ($59.33/count)
Get it as soon as **Tuesday, Jun 3**
FREE Shipping by Amazon

## Customers who viewed items in your browsing history also viewed    Page 1 of 6

5/29/25, 5:08 PM    Amazon.com: Proven Industries Coupler Latch Pin Lock, Stainless Steel, Fits Most Coupler Styles, Stainless Steel, Made in The U…

Case 8:25-cv-01119-MSS-LSG    Document 10-27    Filed 06/02/25    Page 11 of 16 PageID 360







| Proven Industries Model HL1 Receiver Hitch Pin Lock, Fits 2-Inch or 2 1/2-Inch Receivers, Stainless Steel Pin, Made in The… | Proven Industries Model 2516 Trailer Lock, Fits 2 5/16-Inch Couplers, Secures Safety Chains, Made in The USA, (Blue) | Proven Industries Model 400XL Puck-Lock Set, Made in The USA, Pack of 3, (Black) | OLANLY Half Circle Door Mat Indoor Outdoor Entrance Welcome, Waterproof All-Season,… | Proven Industries Model 2178 Trailer Lock, Fits 2-Inch Trailer Couplers, Secures Safety Chains, Made in The USA, (Blue) |
|---|---|---|---|---|
| 125 | 1,553 | 153 Amazon's Choice | 219 Amazon's Choice | 741 |
| $75⁰⁰ | $275⁰⁰ | $178⁰⁰ ($59.33/count) | -33% $9⁹⁹ List: $14.99 | $275⁰⁰ |
| Get it as soon as **Tuesday, Jun 3** | Get it as soon as **Tuesday, Jun 3** | Get it as soon as **Tuesday, Jun 3** | Get it as soon as **Tuesday, Jun 3** | Get it as soon as **Tuesday, Jun 3** |
| FREE Shipping by Amazon | FREE Shipping by Amazon | FREE Shipping by Amazon | FREE Shipping on orders over $35 shipped by Amazon | FREE Shipping by Amazon |
|  |  |  | 1 sustainability feature |  |

## Best Sellers in this category






| Kaistyle for Magsafe Car Mount【20 Strong Magnets】Magnetic Phone Holder for Car… | USANOOKS Microfiber Cleaning Cloth Grey - 12 Pcs (12.5"x12.5") - High Performance - 1200… | LISEN Retractable Car Charger, 69W USB C Car Accessories Adapter for iPhone 16 USB C Charg… | Car Phone Holder for Magsafe [78+LBS Strongest Suction &… | Miracase Phone Holders for Your Car with Metal Hook Clip, Air Vent Cell Phone Stand Car Mount, Universal Automobile… | GOOACC 240PCS Clips C Fasten… |
|---|---|---|---|---|---|
| 12,104 | 14,216 | 7,119 | 3,952 | 34,344 |  |
| #1 Best Seller in Cell Phone Automobile Cradles | #1 Best Seller in Exterior Car Care Microfiber Cloths | #1 Best Seller in Cell Phone Automobile Chargers | #1 Best Seller in Cell Phone Mounts |  | #1 Best Automo |
| -33% $9⁹⁹ List: $14.99 | $7⁹⁸ ($0.67/count) | -39% $16⁹⁹ List: $27.99 | -40% $26⁹⁸ Limited time deal List: $44.98 | -35% $12⁹⁹ List: $19.99 | -29% List: $16 |
| Get it as soon as **Tuesday, Jun 3** | Get it as soon as **Tuesday, Jun 3** | Get it as soon as **Tuesday, Jun 3** | Get it as soon as **Tuesday, Jun 3** | Get it as soon as **Tuesday, Jun 3** | Get it as 3 |
| FREE Shipping on orders over $35 shipped by Amazon | FREE Shipping on orders over $35 shipped by Amazon | FREE Shipping on orders over $35 shipped by Amazon | FREE Shipping on orders over $35 shipped by Amazon | FREE Shipping on orders over $35 shipped by Amazon | FREE Sh $35 ship |
| 1 sustainability feature |  |  |  | 1 sustainability feature | 1 sus n |

## Your Browsing History   View or edit your browsing history








Back to top

| Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You |
|---|---|---|---|
| Careers | Sell on Amazon | Amazon Visa | Your Account |
| Amazon Newsletter | Sell apps on Amazon | Amazon Store Card | Your Orders |
|  | Supply to Amazon | Amazon Secured Card |  |

5/29/25, 5:08 PM                             Amazon.com : Proven Industries Coupler Latch Pin Lock, Stainless Steel, Fits Most Coupler Styles, Stainless Steel, Made In The U…

Case 8:25-cv-01119-MSS-LSG   Document 10-27   Filed 06/02/25   Page 12 of 16 PageID
                                                 361

| | | | |
|---|---|---|---|
| About Amazon | Protect & Build Your Brand | Amazon Business Card | Shipping Rates & Policies |
| Accessibility | Become an Affiliate | Shop with Points | Amazon Prime |
| Sustainability | Become a Delivery Driver | Credit Card Marketplace | Returns & Replacements |
| Press Center | Start a Package Delivery Business | Reload Your Balance | Manage Your Content and Devices |
| Investor Relations | Advertise Your Products | Gift Cards | Recalls and Product Safety Alerts |
| Amazon Devices | Self-Publish with Us | Amazon Currency Converter | Registry & Gift List |
| Amazon Science | Become an Amazon Hub Partner | | Help |
| | › See More Ways to Make Money | | |

English   United States

| | | | | | | |
|---|---|---|---|---|---|---|
| Amazon Music<br>Stream millions<br>of songs | Amazon Ads<br>Reach customers<br>wherever they<br>spend their time | 6pm<br>Score deals<br>on fashion brands | AbeBooks<br>Books, art<br>& collectibles | ACX<br>Audiobook<br>Publishing<br>Made Easy | Sell on Amazon<br>Start a Selling<br>Account | Veeqo<br>Shipping Software<br>Inventory<br>Management |
| Amazon Business<br>Everything For<br>Your Business | Amazon Fresh<br>Groceries & More<br>Right To Your Door | AmazonGlobal<br>Ship Orders<br>Internationally | Home Services<br>Experienced Pros<br>Happiness<br>Guarantee | Amazon Web Services<br>Scalable Cloud<br>Computing<br>Services | Audible<br>Listen to Books &<br>Original<br>Audio<br>Performances | Box Office Mojo<br>Find Movie<br>Box Office Data |
| Goodreads<br>Book reviews<br>&<br>recommendations | IMDb<br>Movies, TV<br>& Celebrities | IMDbPro<br>Get Info<br>Entertainment<br>Professionals Need | Kindle Direct Publishing<br>Indie Digital &<br>Print Publishing<br>Made Easy | Amazon Photos<br>Unlimited Photo<br>Storage<br>Free With Prime | Prime Video Direct<br>Video Distribution<br>Made Easy | Shopbop<br>Designer<br>Fashion Brands |
| Amazon Resale<br>Great Deals on<br>Quality Used<br>Products | Whole Foods Market<br>America's<br>Healthiest<br>Grocery Store | Woot!<br>Deals and<br>Shenanigans | Zappos<br>Shoes &<br>Clothing | Ring<br>Smart Home<br>Security Systems | eero WiFi<br>Stream 4K Video<br>in Every Room | Blink<br>Smart Security<br>for Every Home |
| | Neighbors App<br>Real-Time Crime<br>& Safety Alerts | Amazon Subscription Boxes<br>Top subscription<br>boxes – right to<br>your door | PillPack<br>Pharmacy<br>Simplified | Amazon Renewed<br>Like-new products<br>you can trust | Amazon Luna<br>Video games from<br>the cloud,<br>no console<br>required | |

Conditions of Use   Privacy Notice   Consumer Health Data Privacy Disclosure   Your Ads Privacy Choices

© 1996-2025, Amazon.com, Inc. or its affiliates

5/29/25, 5:58 PM    Amazon.com: Customer reviews: Proven Industries Coupler Latch Pin Lock, Stainless Steel, Fits Most Coupler Styles, Stainless St…

Case 8:25-cv-01119-MSS-LSG    Document 10-27    Filed 06/02/25    Page 13 of 16 PageID 362

Delivering to Scottsdale 85260
Update location

All

Search Amazon

EN

Hello, Dillon
Account & Lists

Returns
& Orders

0

All | Rufus | Join Prime | Amazon Haul | Same-Day Delivery | Medical Care | Saks | Amazon Basics | Customer Service | Buy Again

Proven Industries Coupler Latch Pin Lock, Stainless Steel, Fits Most… › Customer reviews

## Customer reviews

4.3 out of 5

41 global ratings

5 star  79%
4 star  0%
3 star  5%
2 star  6%
1 star  10%

How customer reviews and ratings work

### Proven Industries Coupler Latch Pin Lock, Stainless Steel, Fits Most Coupler Styles, Stainless Steel, Made in The USA, Model 651

by Proven Industries

See All Buying Options

Write a review

5/29/25, 5:58 PM — Amazon.com Customer reviews: Proven Industries Coupler Latch Pin Lock, Stainless Steel, Fits Most Coupler Styles, Stainless St…

Case 8:25-cv-01119-MSS-LSG    Document 10-27    Filed 06/02/25    Page 14 of 16 PageID 363

Search customer reviews        Search

**SORT BY**        **FILTER BY**

Top reviews    All reviewers    1 star only    Text, image, video

**FILTERED BY**
1 star  Clear filter
4 total ratings, 4 with reviews


Sponsored

Need customer service?

## From the United States

Dian H. Carlson

**Can be opened using a soda can. Cheap lock**
Reviewed in the United States on May 25, 2025

This lock can be opened with a soda can. The company also threatened to sue anyone showing themself unlocking it with a soda can rather than actually fixing the issue.

52 people found this helpful

Helpful    Report

Robert S.

**Crappy Company and Product**
Reviewed in the United States on May 24, 2025

They're suing someone who showed how crappy it is instead of having him help to make their product better. Then they threatened his wife and insulted people on social media. Crap company.

93 people found this helpful

Helpful    Report

Missing the first volume, 0/10.

**NOT SECURE AT ALL**
Reviewed in the United States on April 5, 2025

CAN BE PICKED EASILY WITH A CUT UP SODA CAN! DO NOT BUY!

75 people found this helpful

Helpful    Report

Kyle lynch

**Damn kids and their soda cans!**
Reviewed in the United States on April 5, 2025

Bought this lock to protect my trailer but those damn kids and their soda cans stole my trailer anyways.

85 people found this helpful

Helpful    Report

‹ See all details for Proven Industries Coupler Latch Pin Lock, Stainless Steel, Fits Most...

**Best Sellers in this category**        Page 1 of 6

5/29/25, 5:58 AM
Amazon.com Customer reviews: Proven Industries Coupler Latch Pin Lock, Stainless Steel, Fits Most Coupler Styles, Stainless St…
Case 8:25-cv-01119-MSS-LSG   Document 10-27   Filed 06/02/25   Page 15 of 16 PageID 364







**Kaistyle for Magsafe Car Mount【20 Strong Magnets】Magnetic Phone Holder for Car…**
12,104
#1 Best Seller in Cell Phone Automobile Cradles
-33% $9⁹⁹
List: $14.99
Get it as soon as **Tuesday, Jun 3**
FREE Shipping on orders over $35 shipped by Amazon
1 sustainability feature

**USANOOKS Microfiber Cleaning Cloth Grey - 12 Pcs (12.5"x12.5") - High Performance - 1200…**
14,216
#1 Best Seller in Exterior Car Care Microfiber Cloths
$7⁹⁸ ($0.67/count)
Get it as soon as **Tuesday, Jun 3**
FREE Shipping on orders over $35 shipped by Amazon

**LISEN Retractable Car Charger, 69W USB C Car Accessories Adapter for iPhone 16 USB C Charg…**
7,119
#1 Best Seller in Cell Phone Automobile Chargers
-39% $16⁹⁹
List: $27.99
Get it as soon as **Tuesday, Jun 3**
FREE Shipping on orders over $35 shipped by Amazon

**Car Phone Holder for Magsafe [78+LBS Strongest Suction &…**
3,952
#1 Best Seller in Cell Phone Mounts
-40% $26⁹⁸
Limited time deal
List: $44.98
Get it as soon as **Tuesday, Jun 3**
FREE Shipping on orders over $35 shipped by Amazon

**Miracase… for Your… Hook Cli… Phone St… Universa…**
-35% $…
List: $19.9…
Get it as s…
3
FREE Ship…
$35 shipp…
1 susta…

### Customers who viewed items in your browsing history also viewed     Page 1 of 6







**Proven Industries Model HL1 Receiver Hitch Pin Lock, Fits 2-Inch or 2 1/2-Inch Receivers, Stainless Steel Pin, Made in The…**
125
$75⁰⁰
Get it as soon as **Tuesday, Jun 3**
FREE Shipping by Amazon

**Proven Industries Model 2516 Trailer Lock, Fits 2 5/16-Inch Couplers, Secures Safety Chains, Made in The USA, (Blue)**
1,553
$275⁰⁰
Get it as soon as **Tuesday, Jun 3**
FREE Shipping by Amazon

**Proven Industries Model 400XL Puck-Lock Set, Made in The USA, Pack of 3, (Black)**
153
Amazon's Choice
$178⁰⁰ ($59.33/count)
Get it as soon as **Tuesday, Jun 3**
FREE Shipping by Amazon

**OLANLY Half Circle Door Mat Indoor Outdoor Entrance Welcome, Waterproof All-Season,…**
219
Amazon's Choice
-33% $9⁹⁹
List: $14.99
Get it as soon as **Tuesday, Jun 3**
FREE Shipping on orders over $35 shipped by Amazon
1 sustainability feature

**Proven I… 2178 Tra… Inch Trai… Secures … Made in …**
$275⁰⁰
Get it as s…
3
FREE Ship…

### Your Browsing History   View or edit your browsing history     Page 1 of 4











Back to top

5/29/25, 5:53 PM
Amazon.com: Customer reviews: Proven Industries Coupler Latch Pin Lock, Stainless Steel, Fits Most Coupler Styles, Stainless St…
Case 8:25-cv-01119-MSS-LSG    Document 10-27    Filed 06/02/25    Page 16 of 16 PageID 365

| Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You |
|---|---|---|---|
| Careers | Sell on Amazon | Amazon Visa | Your Account |
| Amazon Newsletter | Sell apps on Amazon | Amazon Store Card | Your Orders |
| About Amazon | Supply to Amazon | Amazon Secured Card | Shipping Rates & Policies |
| Accessibility | Protect & Build Your Brand | Amazon Business Card | Amazon Prime |
| Sustainability | Become an Affiliate | Shop with Points | Returns & Replacements |
| Press Center | Become a Delivery Driver | Credit Card Marketplace | Manage Your Content and Devices |
| Investor Relations | Start a Package Delivery Business | Reload Your Balance | Recalls and Product Safety Alerts |
| Amazon Devices | Advertise Your Products | Gift Cards | Registry & Gift List |
| Amazon Science | Self-Publish with Us | Amazon Currency Converter | Help |
|  | Become an Amazon Hub Partner |  |  |
|  | › See More Ways to Make Money |  |  |

English     United States

| | | | | | | |
|---|---|---|---|---|---|---|
| Amazon Music<br>Stream millions<br>of songs | Amazon Ads<br>Reach customers<br>wherever they<br>spend their time | 6pm<br>Score deals<br>on fashion brands | AbeBooks<br>Books, art<br>& collectibles | ACX<br>Audiobook<br>Publishing<br>Made Easy | Sell on Amazon<br>Start a Selling<br>Account | Veeqo<br>Shipping Software<br>Inventory<br>Management |
| Amazon Business<br>Everything For<br>Your Business | Amazon Fresh<br>Groceries & More<br>Right To Your Door | AmazonGlobal<br>Ship Orders<br>Internationally | Home Services<br>Experienced Pros<br>Happiness<br>Guarantee | Amazon Web<br>Services<br>Scalable Cloud<br>Computing<br>Services | Audible<br>Listen to Books &<br>Original<br>Audio<br>Performances | Box Office Mojo<br>Find Movie<br>Box Office Data |
| Goodreads<br>Book reviews<br>&<br>recommendations | IMDb<br>Movies, TV<br>& Celebrities | IMDbPro<br>Get Info<br>Entertainment<br>Professionals Need | Kindle Direct<br>Publishing<br>Indie Digital &<br>Print Publishing<br>Made Easy | Amazon Photos<br>Unlimited Photo<br>Storage<br>Free With Prime | Prime Video Direct<br>Video Distribution<br>Made Easy | Shopbop<br>Designer<br>Fashion Brands |
| Amazon Resale<br>Great Deals on<br>Quality Used<br>Products | Whole Foods<br>Market<br>America's<br>Healthiest<br>Grocery Store | Woot!<br>Deals and<br>Shenanigans | Zappos<br>Shoes &<br>Clothing | Ring<br>Smart Home<br>Security Systems | eero WiFi<br>Stream 4K Video<br>in Every Room | Blink<br>Smart Security<br>for Every Home |
|  | Neighbors App<br>Real-Time Crime<br>& Safety Alerts | Amazon<br>Subscription Boxes<br>Top subscription<br>boxes – right to<br>your door | PillPack<br>Pharmacy<br>Simplified | Amazon Renewed<br>Like-new products<br>you can trust | Amazon Luna<br>Video games from<br>the cloud,<br>no console<br>required |  |

Conditions of Use     Privacy Notice     Consumer Health Data Privacy Disclosure     Your Ads Privacy Choices
© 1996-2025, Amazon.com, Inc. or its affiliates