# EXHIBIT Q

**From:** Tonya Fortin
**Date:** Friday, May 30, 2025 at 11:59 AM
**To:** Austin Nowacki
**Cc:** Derek Fahey, Ron Lee, Anthony Sansone
**Subject:** Re: Amazon - Latch Pin Lock

**Hi Tonya,**

I pulled the last 10 weeks of data for this ASIN. From what I can tell, you weren't previously running ads for this product until you launched with us, so it does provide a pretty clear picture of the impact in the following weeks after the review.

**10-Week Summary (March 16 – May 24)**

**ASIN: B0D89GCGTV**

**Timeline Context:**

- April 3: Negative review posted
- May 11: Advertising campaigns launched

**Sales and Units Overview:**

**Before the Review (3/16–4/2):**

- Average weekly sales: $6,370
- Average weekly units: 49

**Post-Review Decline (4/6–5/10):**

- Sales dropped from $4,810 to $1,690
- Units fell from 37 to 13
- This 5-week period showed a consistent downward trend following the review

**Recovery After Ad Launch (5/11–5/24):**

- Sales recovered to $5,850
- Units rebounded to 45
- Performance is now approaching pre-review levels

**Advertising Performance (Since Launch on 5/11):**

**5/11–5/17:**

- Ad Spend: $144
- ROAS: 8.76
- TACoS: 11.41%

**5/18–5/24:**

- Ad Spend: $954
- ROAS: 3.53
- TACoS: 28.3%

Ad investment helped drive a strong sales recovery, though efficiency dropped slightly in the second week as we scaled spend

**Impact Assessment:**

- The negative review appears to have had a short-term impact on conversion rate, reflected in both declining sales and units over the following five weeks.

- No advertising was active during this decline period, which likely contributed to the drop in visibility and sales momentum.

- Recovery began once ad campaigns were launched, leading to a strong bounce-back in performance within two weeks.

...

---

All of the data is highlighted in our shared report. Please let me know if you need any additional information!

Proven Industries Report.xlsx

Best,



Emily Nestel
Senior Technical Account Manager