# EXHIBIT R

| | Tickets and Message Comparison | | | | | |
|---|---|---|---|---|---|---|
| | Created Tickets | Closed Tickets | Open Tickets | Messages Received | Tickets Replied | Messages Sent |
| 5/3/25-5/9/25 | 633 | 794 | 68 | 1,508 | 642 | 1,730 |
| 5/10/25-5/16/25 | 600 | 729 | 78 | 1,469 | 642 | 1,629 |
| 5/17/25-5/23/25 | 686 | 756 | 172 | 1,589 | 637 | 1,658 |
| Weekly Average | 639.7 | 759.7 | 106.0 | 1,522.0 | 640.3 | 1,672.3 |

| Since recent video | Created Tickets | Closed Tickets | Open Tickets | Messages Received | Tickets Replied | Messages Sent |
|---|---|---|---|---|---|---|
| 5/24/25-5/29/25 | 1,522 | 1,733 | 101 | 3,372 | 677 | 1,735 |
| Increase Percentage | 237.94% | 228.13% | 95.28% | 221.55% | 105.73% | 103.75% |

| | Quantity Of Messages Received Comparison | | | | |
|---|---|---|---|---|---|
| | Chat | Email | Facebook | Instagram | |
| 5/3/25-5/9/25 | 49 | 535 | 11 | 25 | |
| 5/10/25-5/16/25 | 49 | 509 | 18 | 22 | |
| 5/17/25-5/23/25 | 29 | 532 | 14 | 110 | |
| Weekly Average | 42.3 | 525.3 | 14.3 | 52.3 | |

| Since recent video | Chat | Email | Facebook | Instagram |
|---|---|---|---|---|
| 5/24/25-5/29/25 | 60 | 546 | 34 | 879 |
| Increase Percentage | 141.73% | 103.93% | 237.21% | 1679.62% |