# EXHIBIT S





































