UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
Case No. 8:25-cv-01119-MSS-LSG

Proven Industries Inc, a Florida corporation
    *Plaintiff,*

    v.

Trevor McNally, individual
    *Defendant.*

_____/

### NOTICE OF APPEARANCE OF COUNSEL

CHEMERE ELLIS of Chemere Ellis, PLLC, 400 N. Ashley Dr., Suite 1900, Tampa, Forida 33607, email address: cellis@chemereellis.com, and telephone number 813-712-8788, hereby gives notice of her appearance as counsel for Plaintiff Proven Industries Inc., and requests that copies of all pleadings, orders, and other filings be served upon her in accordance with Rule 5(b) of the Federal Rules of Civil Procedure.

    Respectfully submitted,

    **/s/ Chemere K. Ellis**
    Chemere K. Ellis
    CHEMERE ELLIS, PLLC
    400 N. Ashley Dr., Suite 1900
    Tampa, FL, 33602
    Phone: (813) 712-8788
    Direct: (813) 939-8813
    E-mail: cellis@chemereellis.com

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 3, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which served a true and correct copy to all counsel or parties of record.

**/s/ Chemere Ellis**
Chemere K. Ellis
