UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**PROVEN INDUSTRIES, INC.**

    **Plaintiff,**

**v.**　　　　　　　　　　　　　　　　　　　　　　　**Case No: 8:25-cv-01119-MSS-LSG**

**TREVOR MCNALLY,**

    **Defendant.**

---

**<u>ORDER</u>**

    **THIS CAUSE** comes before the Court for consideration of Plaintiff's Emergency Motion for Preliminary Injunction. (Dkt. 10) Upon review and consideration of the foregoing, the Court hereby **ORDERS** as follows:

1. Defendant is **DIRECTED** to file a response to Plaintiff's motion, no later than **Friday, June 6, 2025.** Plaintiff shall thereafter have up to and including **Tuesday, June 10, 2025,** to file a reply.

2. This case is set for a hearing on Plaintiff's Emergency Motion for Preliminary Injunction on **Friday, June 13, 2025, in the Sam Gibbons United States Courthouse, Tampa, Florida, Courtroom 7A at 9:00 AM** before United States District Judge Mary S. Scriven. The Court has set aside **two (2) hours** for this hearing.

3. The Parties shall file exhibit lists and witness lists (if any live witnesses will be called at the hearing) on or before **Wednesday, June 11, 2025, at 12:00 PM.**

4. **NO PARTY MAY DESTROY ANY EVIDENCE RELEVANT TO THIS CASE OR THAT MAY LEAD TO RELEVANT EVIDENCE IN THIS CASE DURING THE PENDENCY OF THIS LITIGATION.**

5. Should the Parties resolve the matter in whole or in part such that a hearing is not required, they shall immediately notify the Court so that the hearing may be canceled.

6. All persons entering the Courthouse must present photo identification to Court Security Officers. Counsel are permitted to bring into the courthouse electronic devices in accordance with the procedures set forth in the standing Order of this Court: In re: Possession and Use of Personal Electronic Devices in Federal Courthouses in the Middle District of Florida, 6:13-mc-94-Orl-22 (October 1, 2013).

**DONE** and **ORDERED** in Tampa, Florida, this 3rd day of June 2025.

MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel of Record
Any Unrepresented Person