# EXHIBIT A



**gq_videos** 21h

Let's introduce it to the @mcnallyofficial poke

Reply





**provenlocks** 21h · Author

@gq_videos lol those guys like the cheap locks lol because they are easy and fast

Reply

