# EXHIBIT E

2:55
Reels
Comments
Reply
Hide replies
provenlocks 1d · Author
@amelieee1_h cool so you don't know how to watch a full video lol
2
Reply
provenlocks 1d · Author
It's going to get really personal for him soon!
Reply
amelieee1_h 1d
ooh you're proper hard aren't you
68
Reply
bojan_stup 1d
What you going to do little


