


May 30, 2025

Clerk of Court
U.S. District Court - Middle District of Florida
Tampa Division
Sam M. Gibbons U.S. Courthouse
801 North Florida Avenue
Tampa, FL 33602

VIA PRIORITY MAIL EXPRESS

Case No. 8:25-cv-01119-MSS-LSG
RE: SERVICE OF COURT DOCUMENT: Plaintiff's Notice of Manual Filing
United Sates District Court Middle District of Florida Tampa Division
Parties: Proven Industries Inc. (Plaintiff) vs. Trevor McNally (Defendant) [D.E. ]

Dear Judge Scriven:

Pursuant to Local Rules and the Court's CM/ECF Administrative Procedures, we are submitting the enclosed USB flash drive containing video exhibits that exceed the electronic filing size limits.

As noted in the concurrently filed Notice of Manual Filing, the following video exhibits are included on the enclosed USB:

- Exhibit B-1 Proven's Video
- Exhibit B-2, McNally Part 1 Video
- Exhibit B-3, McNally Part 2 Video
- Exhibit B-4, McNally Part 3 Video
- Exhibit B-5, McNally Part 4 Video

These exhibits are being submitted in connection with Plaintiff's Emergency Motion for



Preliminary Injunction, filed electronically via CM/ECF.

Please do not hesitate to contact our office should the Court require any additional information or an alternate format for these materials.

Respectfully submitted,

*Joseph Nelson* on behalf of

Derek R. Fahey, Esq.
The Plus IP Firm, PLLC
Fla. Bar. No. 88194
400 N Ashley Dr Ste 1900, Tampa, FL 33602-4311
Telephone: (954) 332-3584
Email:
*Attorney for Plaintiff*
<u>LEAD ATTORNEY TO BE NOTICED</u>

Enclosures: USB

www.plusfirm.com
O: 1.800.768.9399
E: derek@plusfirm.com

101 NE 3rd Ave.
Suite 1500
Fort Lauderdale, FL 33301

DEREKFAHEY
Patent Attorney
Partner

+ip