# EXHIBIT A TO REPLY

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
Case No. 8:25-cv-01119-MSS-LSG

Proven Industries Inc, a Florida corporation
*Plaintiff,*

v.

Trevor McNally, individual
*Defendant.*

_____/

# [PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION

THIS CAUSE came before the Court on Plaintiff Proven Industries Inc.'s Motion for Preliminary Injunction [DE [010]]. Upon review of the motion, supporting declarations, the record, and applicable law, and for good cause shown, it is hereby:

ORDERED AND ADJUDGED that the Motion is GRANTED. During the pendency of this action or until further order of the Court:

Defendant Trevor McNally, along with his agents, representatives, affiliates, and all persons in active concert or participation with him who receive actual notice of this Order, are hereby enjoined from:

    1.    Reproducing, displaying, distributing, or otherwise using any portion of Plaintiff's copyrighted audiovisual work titled "YOU GUYS KEEP SAYING YOU CAN EASILY BREAK OFF OUR LATCH PIN LOCK", including any excerpt or derivative thereof, in any medium or format;

    2.    Publishing, reposting, or distributing any video, post, or content that falsely implies Plaintiff's lock product can be trivially bypassed without tools, expertise, or preparation;

    3.    Publishing, reposting, or distributing any video or post that combines visual elements of the Proven Video or Plaintiff's product branding with misleading depictions, omissions, or staged demonstrations intended to imply product failure;

      4.      Encouraging, promoting, or directing others to post false reviews, submit misleading inquiries, or engage in coordinated online activity based on the McNally Video or its false implications;

      5.      Failing to remove any existing videos, social media content, or online comment that incorporates the Proven Video or promotes the false implication that Plaintiff's product is ineffective or deceptively marketed;

      6.      Failing to preserve all drafts, communications, posting data, affiliate marketing records, and monetization metrics related to the creation, dissemination, and performance of the McNally Video.

Pursuant to Federal Rule of Civil Procedure 65(c), the Court sets a bond in the amount of $_____, to be posted by Plaintiff as security for this injunction.

DONE AND ORDERED in Chambers at Tampa, Florida, this \_\_\_ day of _____, 2025.