UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

Case No. 8:25-cv-01119-MSS-LSG

Proven Industries Inc.,
a Florida corporation,

    *Plaintiff,*

     v.

Trevor McNally, individual,

    *Defendant.*

    _____/

### Second Supplemental Declaration of Anthony Sansone, In Support of Plaintiff's Emergency Motion for Preliminary Injunction and Incorporated Memorandum of Law

I, Anthony Sansone, declare as follows:

    1. I am over eighteen years of age and reside in the Middle District of Florida.

    2. I previously submitted a declaration in support of Plaintiff's Emergency Motion for Preliminary Injunction that I signed on May 30, 2025, and a supplemental declaration that I signed May 31, 2025. I make this second supplemental declaration to address new content published by Defendant

1

Doc ID: c06d3dbfe076a2b8e941172742ff526ba587a83d

Trevor McNally on June 2, 2025.

3.  On June 2, 2025, the same day Proven filed its Emergency Motion for Injunction, McNally posted a sixth video (the "Part 6 Video") to Facebook, accessible at: https://www.facebook.com/share/r/19Awzwc2R7/. I reviewed this video several times since June 2, 2025.  The Part 6 Video is also available on YouTube shorts, TikTok, and Instagram:

https://www.youtube.com/shorts/_goIYP3FfO8)

https://www.tiktok.com/@mcnallyofficial/video/7511376336405990686?lang=en),

https://www.instagram.com/mcnallyofficial/reel/DKZ2jVhuRKV/).

4.  The Part 6 Video is submitted to the Court by manual filing as Exhibit A to this declaration.

5.  In the Part 6 Video, McNally opens twelve (12) of Proven's puck locks in rapid succession without a key all while NOT in a real-life scenario.

6.  Below is an example of how a puck lock and the latch pin lock would be installed in a real-life scenario on a trailer coupler.  In this real-life scenario, the puck lock is fixed and non-rotatable so that to unlock it, a user would have to insert a key upward to unlock the puck lock. A user is not able to rotate the puck lock or position a user's hand in the rear of the puck lock because it is attached to a rigid protection case of the trailer coupler assembly.

Doc ID: c06d3dbfe076a2b8e941172742ff526ba587a83d



Real Life Scenario – Puck Lock and Latch Pin Lock

7.  In the Part 6 Video, McNally shims twelve (12) of Proven's puck locks in rapid succession with multiple prefabricated shims all while NOT in a real-life scenario.  To pull off this feat, Defendant had to maneuver each lock in a way that would not be possible in any real-life scenario because the locks would be fixed (such as to the black rigid protection case shown above). Additionally, for all the puck locks Defendant shimmed in the Part 6 Video, Defendant had to position his left hand in areas where he could not IF this was a real-life scenario in order to provide adequate force to the prefabricated shim and the lock.

3

Doc ID: c06d3dbfe076a2b8e941172742ff526ba587a83d

8. For example, in the screenshots below of the Part 6 Video, Defendant positions his left thumb or his left hand at the rear side of the puck lock – which he would not have access to if the puck lock was attached to the black rigid protection case shown above.



Defendant's left hand positioned in an inaccessible location when in real life scenario

9. Moreover, in the Part 6 Video, Defendant can easily move around each of the puck locks with his hands so that he can maneuver the shims into the puck lock – which he would not be able to do in any real-life scenario. In the real-life scenario shown above, Defendant's body – certainly at least his hands – would need to be positioned below the black protective cover and look upward at the puck lock for Defendant to know where to position the shim and would need to force the shim downward to remove the shim – which is very awkward and difficult.

10.    In the Part 6 Video, Defendant knew where to position the shim

Doc ID: c06d3dbfe076a2b8e941172742ff526ba587a83d

because he is able to easily view the key opening to know where to position his prefabricated shim. However, in a real-life scenario, the puck lock would be fixed and defendant would need to position his body below the lock to view upward (as explained above) at the keyhole and lock core.

11. As shown directly below this paragraph, Defendant needed to apply force using a tool to remove the lock core from some of the puck locks. To do that, Defendant had to position his left hand on the back side (which he would not have access to in a real-life scenario) and at the same time, with his right hand, use a tool to apply force to the bottom side of the lock. This would be difficult and awkward to do in a real-life scenario because of the inability to move the puck lock relative to the device to which it would be affixed. And, in a real-life scenario, Defendant would need to maneuver his body so that he could apply a downward force to the lock using the tool. Whereas in his Part 6 Video, he is able to much more easily use the tool to push the lock body in a

5

very different direction.[1]



Defendant's left hand positioned in an inaccessible location when in real life scenario AND using tool with right hand – NOT pushing downward as would be in real life scenario.

12.    Also, Defendant spoke about a guacamole recipe during the video to make viewers have the false impression that Proven's puck lock provides no protection. Specifically, during the Part 6 Video, Defendant states "when I make guacamole, I just buy the store brough stuff and then I will add my own cilantro, and lime and fresh jalapeno…. tastes like I did it all myself … also you do a little at a time and you don't have to worry about avocados going bad."

---

[1] Indeed, the McNally videos have prompted another user to attempt to shim Proven's locks, but that user was unsuccessful for some of the reasons I have mentioned in this declaration. *See* YouTube video by "Lock Skipper" entitled *Proven Trailer Lock upgrades to prevent bypass! Educate and protect!* available here: https://www.youtube.com/watch?v=t7sQ6vt4Zx0, which will be submitted to the Court by manual filing as Exhibit D to this declaration.

6

Doc ID: c06d3dbfe076a2b8e941172742ff526ba587a83d

13.     These omissions, verbal statements, content, and context continue to give viewers the false impression that Proven's puck lock when in use provides no protection because Proven's locks can be opened without a key.

14.     Defendant's Part 5 Video, which I discussed in my Supplemental Declaration dated May 31, 2025, will be submitted to the Court by manual filing as Exhibit B to this declaration. It is also available at the following link and at other web locations: https://www.youtube.com/shorts/TUIxIFkeiIE.

15.     In the Part 6 Video, as with Parts 1 – 5, McNally continues the same pattern of using only the most basic, spring-loaded core version of Proven's lock, while omitting mention of the more secure deadbolt core that Proven also offers. By selectively targeting only the most basic version of Proven's products, McNally is misleading viewers about the available options and the actual security features of Proven's locks.  Attached as Exhibit C to this declaration is the location on Proven's website where users can purchase different cores for the latch pin lock, the puck lock, and the container lock.

16.     Proven is prepared to post a reasonable bond or security in the amount of $1,000 to support the Court's issuance of the injunction. This figure is calculated based upon the revenues Defendant would likely generate from public engagement of the McNally videos. I have reviewed McNally's social

Doc ID: c06d3dbfe076a2b8e941172742ff526ba587a83d

media accounts, including YouTube, Instagram, Facebook, and Tik Tok, and his current total views and engagement for each of the six McNally videos. The six McNally videos have generated twenty to forty million views across the three social media platforms. Based on my research, social media influencers earn between $10.00 and $60.00 per one million views. *See* Shopify Staff, *YouTube Shorts Monetization: Everything You Need to Know*, Shopify Blog (Apr. 8, 2024), https://www.shopify.com/blog/youtube-shorts-monetization.

17.    Thus, a reasonable bond amount would be $1,000.00 would be more than sufficient to compensate Defendant for any lost revenue resulting from the proposed injunction.

18.    I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

[*SIGNATURE ON FOLLOWING PAGE*]

[*REMAINDER OF PAGE LEFT INTENTIONALLY*]

Doc ID: c06d3dbfe076a2b8e941172742ff526ba587a83d

Signed this  10th  day of   June   , 2025, in Manatee County, Florida.


Signature: *Anthony Sansone*
_____

Name: Anthony Sansone_____

Title: Mechanical Engineer

9

Doc ID: c06d3dbfe076a2b8e941172742ff526ba587a83d

**Dropbox** Sign                                                    Audit trail

| | |
|---|---|
| **Title** | PLEASE SIGN - 2d Suplemental - Declaration of Anthony... |
| **File name** | 2d_Suplemental-De..._-_For_Filing.pdf |
| **Document ID** | c06d3dbfe076a2b8e941172742ff526ba587a83d |
| **Audit trail date format** | MM / DD / YYYY |
| **Status** | ● Signed |

## Document History

| | | |
|---|---|---|
| ⤴ SENT | **06 / 10 / 2025** 22:05:11 UTC | Sent for signature to Anthony Sansone (asansone@dmgfab.com) from derek@plusfirm.com IP: 190.53.248.78 |
| ⊙ VIEWED | **06 / 11 / 2025** 00:41:16 UTC | Viewed by Anthony Sansone (asansone@dmgfab.com) IP: 97.96.59.245 |
| ⌇ SIGNED | **06 / 11 / 2025** 00:41:30 UTC | Signed by Anthony Sansone (asansone@dmgfab.com) IP: 97.96.59.245 |
| ⊘ COMPLETED | **06 / 11 / 2025** 00:41:30 UTC | The document has been completed. |