UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

Case No. 8:25-cv-01119-MSS-LSG

Proven Industries Inc, a Florida corporation

   *Plaintiff,*

   v.

Trevor McNally, individual

   *Defendant.*

## Notice of Manual Filing of Video Exhibits
## For Second Supplemental Declaration of Anthony Sansone and Plaintiff's Reply To Defendant's Opposition To Plaintiff's Emergency Motion for Preliminary Injunction

Please take notice that the following video exhibits are being submitted to the Court in support of via USB flash drives and delivered via Federal Express delivery because the file sizes exceed the CM/ECF system's electronic filing limits:

1) Exhibit A to Second Supplemental Declaration of Anthony Sansone - McNally Part 6 Video.

2) Exhibit B to Second Supplemental Declaration of Anthony Sansone - McNally Part 5 Video

3) Exhibit D to Second Supplemental Declaration of Anthony Sansone - YouTube video by "Lock Skipper" entitled *Proven Trailer Lock upgrades to prevent bypass! Educate and protect!*.

4) U.S. Copyright Office's Deposit Copy of Proven's Video

1

The USB containing these exhibits is being mailed to the Clerk of Court and served on Opposing Counsel contemporaneously with the filing of this Notice.

Dated: June 10, 2025    Respectfully Submitted,

/Derek Fahey/
Derek R. Fahey, Esq.
The Plus IP Firm, PLLC
Fla. Bar. No. 88194
400 N Ashley Dr Ste 1900,
Tampa, FL 33602-4311
Telephone: (954) 332-3584
Email: Derek@plusfirm.com
*Attorney for Plaintiff*
<u>LEAD ATTORNEY TO BE NOTICED</u>

/Austin Nowacki/
Austin R. Nowacki, Esq.
The Plus IP Firm, PLLC
Fla. Bar. No. 1016961
400 N Ashley Dr Ste 1900,
Tampa, FL 33602-4311
Telephone: (954) 332-3584
Email: austin@plusfirm.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 10, 2025, a true and correct copy of the foregoing was served to all counsel of record via email and by filing with the Clerk of the Court using Florida E-Filing Portal, on all counsel or parties of record.

/Derek Fahey/
Derek Fahey, Esq.