SAME DAY SHIPPING ON ALL ORDERS PLACED BEFORE 2P EST!!

Search
1 (877) 400-8423    Support@provenlocks.com    (1)

Search

**SHOP**    **OUR STORY**    **CONTACT US**    **DEMO VIDEOS**

Home > Other Locks > Latch Pin Lock

# Latch Pin Lock



PRODUCT IMAGES

Show all (11) product images

## Latch Pin Lock

Pay in 4 interest-free installments of **$31.25** with  Learn more

$125.00

**Material**
Choose option

**Keying Option**
Choose option

**Protective Cover**
Choose option

**In Stock Ready to ship**

ADD TO CART

Do you already own a Proven Lock? *
Select One

Quantity    -  1  +

SAME DAY SHIPPING ON ALL ORDERS PLACED BEFORE 2P EST!!

**PROVEN INDUSTRIES**

1 (877) 400-8423          Support@provenlocks.com                                    (1)

SHOP          OUR STORY     CONTACT US     DEMO VIDEOS

key control.

### Proven Disk-Detainer (Upgrade Option)

The Proven Disk Detainer Lock was developed for high-security situations where minimum maintenance is not possible. This particular lock is virtually impossible to pick due to its rotating disk and requires special lock picks and skills needed in order to pick.

### Application

Disk detainer locks are not all that common in everyday use. Mainly this style of lock is reserved for high-end locks. These lock perform well in extreme weather conditions with minimum if any maintenance.

### Medeco M3 (Available upon request, for additional cost)

Medeco comes as one of the oldest High-security lock manufacturers in the USA. You will find this high-security lock in many prisons, government facilities, and even the White House! This particular lock is virtually impossible to pick due to its rotating pins that not only need to be at the right height but the right rotation in order to unlock.

### Application

Medeco is typically needed for the high-security needs of companies that need key control or grandmaster key solutions. All parts are machined out of brass and hardened steel, for the combination of great exterior performance and high-security needs.

*Medeco and Abloy is available upon request for an additional fee. Please call customer support for additional information.

**FREQUENTLY PURCHASED TOGETHER**



SAME DAY SHIPPING ON ALL ORDERS PLACED BEFORE 2P EST!!

PROVEN INDUSTRIES LOCK TECHNOLOGY

Search

1 (877) 400-8423 Support@provenlocks.com (1)

Search

SHOP OUR STORY CONTACT US DEMO VIDEOS

Home > Cargo Door Lock

## Cargo Door Lock

PRODUCT IMAGES

Show all (9) product images

Reviews

# Cargo Door Lock

4 interest-free installments, or from **$14.80**/mo with shop Pay Check your purchasing power

$163.99

Lock Core

Choose option

Keying Option

Choose option

**In Stock Ready to ship**

ADD TO CART

Do you already own a Proven Lock? *

Select One

Quantity - 1 +

| DESCRIPTION | LOCK CORE |
|---|---|

Cobra 7 (Standard)

**SAME DAY SHIPPING ON ALL ORDERS PLACED BEFORE 2P EST!!**

tubular keyway is like no other with its 7 sided tubular keyway, this unique feature stops anyone from going to a hardware store to copy your key. This product offers a high-security solution for those that are looking for excellent exterior performance. COBRA 7 comes standard in all of our products at no additional cost.

Application

The Cobra 7 system is geared for the business owner looking for a great performing lock system at an affordable price with key control.

Proven Disk-Detainer (Upgrade Option)

The Proven Disk Detainer Lock was developed for high-security situations where  minimum maintenance is not possible. This particular lock is virtually impossible to pick due to its rotating disk and requires special lock picks and skills needed in order to pick.

Application

Disk detainer locks are not all that common in everyday use. Mainly this style of lock is reserved for high-end locks. These lock perform well in extreme weather conditions with minimum if any maintenance.

Medeco M3 (Available upon request, for additional cost)

Medeco comes as one of the oldest High-security lock manufacturers in the USA. You will find this high-security lock in most prisons, government facilities, and even the White House! This particular lock is virtually impossible to pick due to its rotating pins that not only need to be at the right height but the right rotation in order to unlock.

Application

Medeco is typically needed for the high-security needs of companies that need key control or grandmaster key solutions parts are machined out of brass and hardened steel, for the combination of great exterior performance and high-security needs.

*Medeco and Abloy is available upon request for an additional fee. Please call customer support for additional information.

**FREQUENTLY PURCHASED TOGETHER**







SAME DAY SHIPPING ON ALL ORDERS PLACED BEFORE 2P EST!!

PROVEN INDUSTRIES LOCK TECHNOLOGY

Search

1 (877) 400-8423 Support@provenlocks.com (1)

Search

SHOP OUR STORY CONTACT US DEMO VIDEOS

Home > Puck Locks > Model 400XL

## Model 400XL

PRODUCT IMAGES

Show all (7) product images

Reviews

# Model 400XL

Pay in 4 interest-free installments of **$12.50** with shop Pay Learn more

$50.00

Color

Choose option

Keying Option

Choose option

**In Stock Ready to ship**

ADD TO CART

Do you already own a Proven Lock? *

Select One

Quantity - 1 +

DESCRIPTION | FINE PRINT | LOCK CORE

Cobra 7 (Standard)



 



SAME DAY SHIPPING ON ALL ORDERS PLACED BEFORE 2P EST!!

1 (877) 400-8423      Support@provenlocks.com                                    (1)

**SHOP**    **OUR STORY**    **CONTACT US**    **DEMO VIDEOS**

The Proven Disk Detainer Lock was developed for high-security situations where minimum maintenance is not possible. This particular lock is virtually impossible to pick due to its rotating disk and requires special lock picks and skills needed in order to pick.

Application

Disk detainer locks are not all that common in everyday use. Mainly this style of lock is reserved for high-end locks. These lock perform well in extreme weather conditions with minimum if any maintenance.

Medeco M3 (Available upon request, for additional cost)

Medeco comes as one of the oldest High-security lock manufacturers in the USA. You will find this high-security lock in most prisons, government facilities, and even the White House! This particular lock is virtually impossible to pick due to its rotating pins that not only need to be at the right height but the right rotation in order to unlock.

Application

Medeco is typically needed for the high-security needs of companies that need key control or grandmaster key solutions. parts are machined out of brass and hardened steel, for the combination of great exterior performance and high-security needs.

*Medeco and Abloy is available upon request for an additional fee. Please call customer support for additional information.

**FREQUENTLY PURCHASED TOGETHER**



