IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE
DISTRICT OF FLORIDA
TAMPA DIVISION

**Proven Industries Inc.,**
a Florida corporation,

CASE NO: 8:25-cv-01119-MSS-LSG

Plaintiff,

v.

**Trevor McNally,**
Individual,

Defendant.
_____/

## PLAINTIFF PROVEN INDUSTRIES INC.'S WITNESS LIST FOR PRELIMINARY INJUNCTION HEARING

Plaintiff, Proven Industries Inc. ("Proven"), through its undersigned attorney, pursuant to the Court's Order dated June 3, 2025 (Dkt. 12) files its witness list for the emergency motion for preliminary injunction hearing presently scheduled for June 13, 2025, as follows:

1. Ronald Lee II
   President of Proven Industries, Inc. 2310 South Dock St., Unit 111,
   Palmetto, FL 34221

2. Anthony Sansone
   Mechanical Engineer of Proven Industries, Inc.
   2310 South Dock St., Unit 111,
   Palmetto, FL 34221

3. Anthony Bonfiglio
   Licensed Asset Recovery Agent

4. Defendant Trevor McNally
   7003 WHIG HILL DRIVE
   SPOTSYLVANIA, Virginia 22551-2951

5. Any other individual listed by counsel for Defendant Trevor McNally.

Dated: June 11, 2025

Respectfully submitted,

/Derek Fahey/
Derek R. Fahey, Esq.
The Plus IP Firm, PLLC
Fla. Bar. No. 88194
400 N Ashley Dr Ste 1900,
Tampa, FL 33602-4311
Telephone: (954) 332-3584
Email: Derek@plusfirm.com
*Attorney for Plaintiff*
<u>*LEAD ATTORNEY TO BE NOTICED*</u>

/Austin Nowacki/
Austin R. Nowacki, Esq.
The Plus IP Firm, PLLC
Fla. Bar. No. 1016961
400 N Ashley Dr Ste 1900,
Tampa, FL 33602-4311
Telephone: (954) 332-3584
Email: austin@plusfirm.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on June 11, 2025, I electronically filed the foregoing with the Clerk of the Court using CM/ECF. Copies of the foregoing document will be served upon interested counsel either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

Dated: June 11, 2025

s/    Derek Fahey
Derek R. Fahey, Esq.
The Plus IP Firm, PLLC
Fla. Bar. No. 88194
400 N Ashley Dr Ste 1900,
Tampa, FL 33602-4311
Telephone: (954) 332-3584
Email: Derek@plusfirm.com
*Attorney for Plaintiff*
*LEAD ATTORNEY TO BE NOTICED*