UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

PROVEN INDUSTRIES INC.,
a Florida corporation,                          Case No. 8:25-CV-01119-MSS-LSG

      Plaintiff,

v.

TREVOR McNALLY, individual,

      Defendant.

_____/

## DEFENDANT'S WITNESS LIST FOR
## PRELIMINARY INJUNCTION HEARING

Defendant, Trevor McNally ("McNally"), by counsel and pursuant to this Court's Order dated June 3, 2025 [Doc. 12], identifies the following witnesses that may be called at the hearing on Plaintiff's Emergency Motion for Preliminary Injunction [Doc. 10] scheduled for June 13, 2025, at 9:00 a.m. [Doc. 13]:

1. Trevor McNally

2. Any and all witnesses identified by Plaintiff

3. Any rebuttal witness as necessary, but not reasonably anticipated at this time.

*/s/ Kenneth G. Turkel*
Kenneth G. Turkel - FBN 867233
LEAD COUNSEL
E-mail: kturkel@tcb-law.com
David A. Hayes - FBN 96657
E-mail: dhayes@tcb-law.com
TURKEL CUVA BARRIOS, P.A.
100 N. Tampa Street, Suite 1900
Tampa, FL 33602
Tel: (813) 834-9191
Fax: (813) 443-2193
*Attorneys for Defendant*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on June 11, 2025, the foregoing document was filed with the Court's CM/ECF system, which will send electronic notice to all counsel of record.

*/s/ Kenneth G. Turkel*
Attorney