UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

PROVEN INDUSTRIES INC.,
a Florida corporation,                                    Case No. 8:25-CV-01119-MSS-LSG

    Plaintiff,

v.

TREVOR McNALLY, individual,

    Defendant.
_____/

**DEFENDANT'S EXHIBIT LIST FOR**
**PRELIMINARY INJUNCTION HEARING**

Defendant, Trevor McNally ("McNally"), by counsel and pursuant to this Court's Order dated June 3, 2025 [Doc. 12], identifies the following exhibits that may be offered as evidence at the hearing on Plaintiff's Emergency Motion for Preliminary Injunction [Doc. 10] scheduled for June 13, 2025, at 9:00 a.m. [Doc. 13]:

| Exhibit No. | Witness | Objections/ Stipulated Admissions[1] | Description of Exhibit |
|---|---|---|---|
| 1 | | | Screenshot of Proven's comment 3/31/25: "lol those guys like the cheap locks lol because they are easy and fast." |
| 2 | | | Screenshot of Proven's website showing photograph of lock core |
| 3 | | | Screenshot of lock core photographs associated with Amazon listing for Proven's lock |
| 4 | | | Screenshot of Proven's 4/3/25 direct message: "Just wanted to say thanks and be prepared!" |
| 5 | | | Screenshot of Proven's comment that things were "going to get really personal" |

---

[1] Type "A" in this column to identify exhibits to be received in evidence by agreement, otherwise, specifically state each objection to each opposed exhibit.

| Exhibit No. | Witness | Objections/ Stipulated Admissions[1] | Description of Exhibit |
|---|---|---|---|
| 6 | | | Screenshot of Proven's comment after one user asked how it was going to get personal: "will find out in 4 weeks." |
| 7 | | | Screenshot of 4/6/25 Proven statement: "Yeah he took it a part and made a shim and probably practiced who knows how long lol" |
| 8 | | | Screenshot of Proven's comment: "actually not easy. You think your friend just perfectly cut out a shim without taking the lock apart? Lol come on bud" |
| 9 | | | Screenshot of Proven pinned comment made by employee on Response Video: "I'm not gonna lie, it's pretty easy to tell that the mcnally dude took extra time to see how the lock works and perfectly cut out a shim….kinda just wanna see him do it live, but then he probably wouldn't get any views lol.  Sucks to see how many people take everything they see online for face value…sounds like a bunch of liberals lol." |
| 10 | | | Screenshot of Proven's comments: "damage control? It's telling the truth.  He had to take the lock a part as you can see the blue lock tite exposed.  In order to make the shim.  And he most likely modified the lock to open easier." -and- "Make the shim without taking our lock apart?  That's it you can't.  This is very misleading." |
| 11 | | | Screenshot of Proven's comment: "try? We don't send warning letters, we file 😏" and then again reiterated "not going to try. Will be served before the end of the month." |
| 12 | | | Screenshot of Proven's 5/13/25 comment: "sorry mcnally has been fooling people for years.  He makes and edits his videos to make himself look good. The lock was altered and we currently have a lawsuit against him for the lies he has made.  He will be exposed in court with a jury to decide.  That's how confident we feel.  There is a difference we actually make products, mcnally just makes videos to try and make himself look good; if he was so good why does he not make locks." |

| Exhibit No. | Witness | Objections/ Stipulated Admissions[1] | Description of Exhibit |
|---|---|---|---|
| 13 | | | Screenshot of Proven's 5/13/25 comment: "Thanks for your support!  Correct mcnally is not a pro, he makes people think he is off his videos he edits.  Your Correct we turned off our comments because a lot of children on here leave comments about something they don't even know for fact. They go off a edited video someone made to make themselves look good.  And then when we offer for him to come and do it all live or we can even go there we get no response.  We have filled a lawsuit and will be exposing him.  Look up Proven vs mcnally, check out the formal filing" |
| 14 | | | Proven Industries YouTube Video 3/3/25 - You guys keep saying you can easily break off our Latch Pin Lock and Capture of YouTube Page with Video |
| 15 | | | McNally Official 4/3/25 YouTube, Instagram and TikTok Video - $130 lock bypassed with can - Proven Industries |
| 16 | | | Proven Industries YouTube Video 4/6/25 - Our Latch Pin Lock isn't going anywhere! Our customers know we make the BEST product on the market! and Capture of YouTube Page with Video |
| 17 | | | McNally Official YouTube Video 5/23/25 - They called me out now they're suing me. Proven Locks and Capture of YouTube Page with Video |
| 18 | | | McNally Official YouTube Video 5/25/25- They demanded I apologize. Proven Locks Part 3 and Capture of YouTube Page with Video |
| 19 | | | McNally Official YouTube Video 5/28/25 - Proven Locks cargo door lock opened with can and Capture of YouTube Page with Video |
| 20 | | | Proven Industries YouTube Video 5/29/25 - Trevor's False Narrative Misleading Followers for Clout and Capture of YouTube Page with Video |
| 21 | | | McNally Official YouTube Video 5/30/25 - $100 padlock opened with can - Proven Locks and Capture of YouTube Page with Video |
| 22 | | | McNally Official YouTube Video 6/2/25 - Proven Industries puck lock opened with can and Capture of YouTube Page with Video |
| 23 | | | Proven Industries Website Home Page (captured 6-3-25) |

| Exhibit No. | Witness | Objections/ Stipulated Admissions[1] | Description of Exhibit |
|---|---|---|---|
| 24 | | | Proven Industries YouTube Video 11/7/23: Amazon Top Sellers vs. Proven Industries (Lock Test) -AVOID these!! and Capture of YouTube Page with Video |
| 25 | | | Proven Industries YouTube Video 8/5/24: 🔒 Why Choose Proven Locks Over Cheap Competitors? 🔒 and Capture of YouTube Page with Video |
| 26 | | | Proven Industries YouTube Video 1/3/25: 🔒 We are in the Year 2025, we know the locks that work and those that DON'T! and Capture of YouTube Page with Video |
| 27 | | | Certified Copy of 8/29/17 Judgment in *State v. Lee*, Case No. 41 2016 CF 002750 CF AX MA |
| 28 | | | Certified Copy of 8/29/17 Judgment in *State v. Lee*, Case No. 41 2017 CF 00113 1CF AX MA |
| 29 | | | Better Business Bureau page for Proven Industries |
| 30 | | | Screenshot of Proven product listing page showing Medeco (non-shimmable core) is not listed as an option on their drop down |
| 31 | | | Runkle (Canadian attorney YouTube) Video from 22:40 mark (approx.) where he explains he has little/no experience with lock picking yet opened Proven's lock with a shim |
| 32 | | | Screenshot of a comment from Runkle Video from someone who "never picked a lock before" and opened their Proven Lock in about 30 seconds |
| 33 | | | McNally Official Facebook - Comments re 4/3/25 Video $130 lock bypassed with can |
| 34 | | | McNally Official Instagram - Comments re 4/3/25 Video $130 lock bypassed with can |
| 35 | | | McNally Official YouTube - Description re 4/3/25 Video $130 lock bypassed with can |
| 36 | | | McNally Official YouTube - Comments re 4/3/25 Video $130 lock bypassed with can |
| 37 | | | Voicemail from Proven to McNally's wife |
| 38 | | | Text message from Proven to McNally's wife |
| 39 | | | *State v. Lee*, Case No. 41 2016 CF 002750 CF AX MA - Information |
| 40 | | | *State v. Lee*, Case No. 41 2016 CF 002750 CF AX MA - Amended Information |
| 41 | | | *State v. Lee*, Case No. 41 2017 CF 00113 1CF AX MA - Information |

| Exhibit No. | Witness | Objections/ Stipulated Admissions[1] | Description of Exhibit |
|---|---|---|---|
| | | | Any material documents in possession of Plaintiff or any third-party that may come into Defendant's possession prior to the hearing. |
| | | | Any and all exhibits identified and/or relied upon by Plaintiff |
| | | | Any and all rebuttal exhibits as necessary |

*/s/ Kenneth G. Turkel*
Kenneth G. Turkel - FBN 867233
LEAD COUNSEL
E-mail: kturkel@tcb-law.com
David A. Hayes - FBN 96657
E-mail: dhayes@tcb-law.com
TURKEL CUVA BARRIOS, P.A.
100 N. Tampa Street, Suite 1900
Tampa, FL 33602
Tel: (813) 834-9191
Fax: (813) 443-2193
*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 11, 2025, the foregoing document was filed with the Court's CM/ECF system, which will send electronic notice to all counsel of record.

*/s/ Kenneth G. Turkel*
Attorney

5