

June 10, 2025

Clerk of Court
U.S. District Court - Middle District of Florida
Tampa Division
Sam M. Gibbons U.S. Courthouse
801 North Florida Avenue
Tampa, FL 33602



VIA FEDERAL EXPRESS

**Case No. 8:25-cv-01119-MSS-LSG**
**RE: SERVICE OF COURT DOCUMENT: Plaintiff's Notice of Manual Filing**
**United Sates District Court Middle District of Florida Tampa Division**
**Parties: Proven Industries Inc. (Plaintiff) vs. Trevor McNally (Defendant)**

Dear Judge Scriven:

Pursuant to Local Rules and the Court's CM/ECF Administrative Procedures, we are submitting the enclosed two (2) USB flash drives containing video exhibits that exceed the electronic filing size limits.

As noted in the concurrently filed Notice of Manual Filing, the following video exhibits are included on the enclosed USBs:

- Exhibit A to Second Supplemental Declaration of Anthony Sansone - McNally Part 6 Video

- Exhibit B to Second Supplemental Declaration of Anthony Sansone - McNally Part 5 Video

- Exhibit D to Second Supplemental Declaration of Anthony Sansone - YouTube video by "Lock Skipper" entitled Proven Trailer Lock upgrades to prevent bypass! Educate and protect!.

New York | Miami | Tampa | Fort Lauderdale | Palm Beaches | Naples

www.plusfirm.com
O: 1.800.768.9399
E: derek@plusfirm.com

101 NE 3rd Ave.
Suite 1500
Fort Lauderdale, FL 33301

**DEREK**FAHEY
Patent Attorney
Partner



- U.S. Copyright Office's Deposit Copy of Proven's Video

These exhibits are being submitted in connection with Plaintiff's Emergency Motion for Preliminary Injunction, filed electronically via CM/ECF.

Please do not hesitate to contact our office should the Court require any additional information or an alternate format for these materials.

Respectfully submitted,

Derek R. Fahey, Esq.
The Plus IP Firm, PLLC
Fla. Bar. No. 88194
400 N Ashley Dr Ste 1900, Tampa, FL 33602-4311
Telephone: (954) 332-3584
Email: Derek@plusfirm.com
*Attorney for Plaintiff*
<u>LEAD ATTORNEY TO BE NOTICED</u>

Enclosures: 2 USBs

New York | Miami | Tampa | Fort Lauderdale | Palm Beaches | Naples

www.plusfirm.com
O: 1.800.768.9399
E: derek@plusfirm.com

101 NE 3rd Ave.
Suite 1500
Fort Lauderdale, FL 33301

DEREK FAHEY
Patent Attorney
Partner





# COPY OF DEPOSIT
# PA 2-524-347
SR 1-14902080221

\*\*\*NOTE: Deposits submitted electronically bear no identifying marks



# UNITED STATES COPYRIGHT OFFICE
## Receipt of Payment

**RECORDS RESEARCH & CERTIFICATION**

Name: Derek Fahey
Address: 101 NE 3rd Avenue
Suite 1500
Fort Lauderdale, FL 33301
Phone: 9543323584

Completed Date: 5/30/2025    DDUP
Service Request No.: 1-14925481861
Registration No.: PA 2-524-347
Title:
Other:

| Service | Unit Price | Quantity | Fee | Amount Paid |
|---|---|---|---|---|
| **Estimate** | | | | |
| Estimate for retrieval *(to be credited toward request)* | $200.00 | | $ 0.00 | $ 0.00 |
| **Retrieval Services** | | | | |
| Physical deposit | $200.00 per hour *(1 hour min.)* or per 6 | | $ 0.00 | $ 0.00 |
| Electronic deposit | $200.00 per hour *(half hour min.)* | 1 | $ 100.00 | $ 100.00 |
| Each additional 15 minutes | $50.00 | | $ 0.00 | $ 0.00 |
| Electronic application | $200.00 per hour *(half hour min.)* | | $ 0.00 | $ 0.00 |
| Each additional 15 minutes | $50.00 | | $ 0.00 | $ 0.00 |
| Physical correspondence | $200.00 per 6 | | $ 0.00 | $ 0.00 |
| Electronic correspondence | $200.00 per hour *(half hour min.)* | | $ 0.00 | $ 0.00 |
| Each additional 15 minutes | $50.00 | | $ 0.00 | $ 0.00 |
| Retrieval for inspection of correspondence (physical) | $200.00 | | $ 0.00 | $ 0.00 |
| Retrieval for inspection of correspondence (e-file) | $200.00 per hour *(half hour min.)* | | $ 0.00 | $ 0.00 |
| Retrieval for inspection of deposit (physical) | $200.00 | | $ 0.00 | $ 0.00 |
| Retrieval for inspection of deposit (e-file) | $200.00 per hour *(half hour min.)* | | $ 0.00 | $ 0.00 |
| **Copy Services** | | | | |
| Additional certificate | $55.00 | | $ 0.00 | $ 0.00 |
| Copy of Registration | $12.00 | | $ 0.00 | $ 0.00 |
| Copy of Recordation | $12.00 | | $ 0.00 | $ 0.00 |
| Copy of Application | $12.00 | | $ 0.00 | $ 0.00 |
| Copy of Correspondence | $12.00 | | $ 0.00 | $ 0.00 |
| Copy of Deposit- Black and White or Color | $12.00 | | $ 0.00 | $ 0.00 |
| Copy of Deposit- CD/DVD, Audio Cassette, Flash Drive, VHS | $12.00 | 1 | $ 12.00 | $ 12.00 |
| **Additional Services** | | | | |
| Litigation statement | $100.00 per statement | 1 | $ 100.00 | $ 100.00 |
| Certification | $200.00 | | $ 0.00 | $ 0.00 |
| Double certified certificates | $255.00 | | $ 0.00 | $ 0.00 |
| Expedited service | $500.00 per hour | | $ 0.00 | $ 0.00 |
| Overnight shipping (FedEx) | $45.00 | | $ 0.00 | $ 0.00 |
| Fax | up to 7 pages *($7 min.)* | | $ 0.00 | $ 0.00 |
| Each additional page | $1.00 per page | | $ 0.00 | $ 0.00 |
| Public photocopying | $0.25 per page | | $ 0.00 | $ 0.00 |
| Outside Service (DUPL/MBRS) | $ | | $ 0.00 | $ 0.00 |
| **Search Services** | | | | |
| Search estimate | $200.00 | | $ 0.00 | $ 0.00 |
| Litigation search | $200.00 per hour | | $ 0.00 | $ 0.00 |
| Inspection search | $200.00 per hour | | $ 0.00 | $ 0.00 |
| Search report | $400.00 first 2 hours *(2 hour min.)* | | $ 0.00 | $ 0.00 |
| Each additional hour | $200.00 | | $ 0.00 | $ 0.00 |
| **Other Services** | | | | |
| | $ | | $ 0.00 | $ 0.00 |
| | | **Total Fee** | $ 212.00 | |
| | | **Total Amount Paid** | | $ 212.00 |
| | | **Refund** | | $ 0.00 |