# EXHIBIT B

# YOUTUBE VIDEO

https://www.youtube.com/shorts/YjzlmKz_MM8



Time: 0:01



Time: 0:02



Time: 0:03



Time: 0:04



Time: 0:05



Time: 0:06



Time: 0:07



Time: 0:08



Time: 0:09



Time: 0:10



Time: 0:11



Time: 0:12



Time: 0:13



Time: 0:14



# INSTAGRAM VIDEO

*https://www.instagram.com/p/DIAH9vps19y/?hl=en*





# FACEBOOK VIDEO

*https://www.facebook.com/McNallyOfficial1/*





# TIKTOK VIDEO

*https://www.tiktok.com/@mcnallyofficial/video/7489223700735118622?lang=en*

