UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

HONORABLE MARY S. SCRIVEN

| CASE NO. 8:25-cv-1119-MSS-LSG | DATE: June 13, 2025 |
|---|---|
| TITLE: Proven Industries, Inc. v. Trevor McNally | |
| TIME: 09:09 AM – 10:58 AM<br>11:13 AM – 12:45 PM | TOTAL: 3 hours and 21 minutes |
| Courtroom Deputy: Ana Heard | |
| Court Reporter: David Collier | |
| Counsel for Plaintiff(s): Chemere Ellis, Austin Nowacki, Derek Roger Fahey | |
| Counsel for Defendant(s): David A. Hayes, Kenneth George Turkel | |

### *CLERK'S MINUTES: PROCEEDINGS OF MOTION HEARING*

This matter is before the Court on Plaintiff's Motion for Preliminary Injunction. dkt. 10

Plaintiff's witness, Anthony Sansone sworn and testified on direct examination by Chemere Ellise. Cross-examination by Kenneth Turkel. Redirect by Chemere Ellis.

Plaintiff's six videos admitted.

Defense exhibits 16, 17, 18, and 21 admitted.

Plaintiff's exhibit 15 admitted.

Plaintiff's Motion for Preliminary Injunction is DENIED.

Leave to file an amended complaint is granted. An amended complaint may be filed within 21 days.