UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA TAMPA
DIVISION

Proven Industries, Inc.,
a Florida corporation,
Plaintiff,

Case No.: 8:25-cv-01119-MSS-LSG

vs.

Trevor McNally,
Individual,
Defendant.

**PLAINTIFF'S EXHIBIT LIST
FROM PRELIMINARY INJUNCTION HEARING
PURSUANT TO LOCAL RULE 3.07(C)**

**I.   INTRODUCTION**

Plaintiff, Proven Industries, Inc. ("Proven"), by and through undersigned counsel, and in accordance with Local Rule 3.07(c), hereby files this Exhibit List, following the evidentiary hearing held on June 13, 2025, on Plaintiff's Emergency Motion for Preliminary Injunction [DE 10]. Proven previously filed and made of record all exhibits identified herein as noted in the docket entry in the description of each listed exhibit.

**II.   EXHIBITS LIST**

Proven identifies the following exhibits for the hearing held on June 13, 2025:

| Exhibit | Date Identified | Description |
|---|---|---|
| 1. | 06/02/2025 | [DE 10-1] Exhibit B-1, Proven's Video – *See* Notice of Manual Filing of Video Exhibits in Support of Plaintiff's Emergency Motion for Preliminary Injunction |

1

| 2. | 06/02/2025 | [DE 10-1] Exhibit B-2, McNally Part 1 Video – *See* Notice of Manual Filing of Video Exhibits in Support of Plaintiff's Emergency Motion for Preliminary Injunction |
|---|---|---|
| 3. | 06/02/2025 | [DE 10-1] Exhibit B-3, McNally Part 2 Video – *See* Notice of Manual Filing of Video Exhibits in Support of Plaintiff's Emergency Motion for Preliminary Injunction |
| 4. | 06/02/2025 | [DE 10-1] Exhibit B-4, McNally Part 3 Video – *See* Notice of Manual Filing of Video Exhibits in Support of Plaintiff's Emergency Motion for Preliminary Injunction |
| 5. | 06/02/2025 | [DE 10-1] Exhibit B-5, McNally Part 4 Video – *See* Notice of Manual Filing of Video Exhibits in Support of Plaintiff's Emergency Motion for Preliminary Injunction |
| 6. | 06/11/2025 | [DE 18-1] Deposit Copy of Proven's Video – *See* Notice of Manual Filing of Video Exhibits For Second Supplemental Declaration of Anthony Sansone and Plaintiff's Reply To Defendant's Opposition To Plaintiff's Emergency Motion for Preliminary Injunction |
| 7. | 06/02/2025 | [DE 10-1] Notice of Manual Filing of Video Exhibits in Support of Plaintiff's Emergency Motion for Preliminary Injunction |
| 8. | 06/02/2025 | [DE 10-3] Proven's Declaration of Anthony Bonfiglio In Support of Plaintiff's Emergency Motion for Preliminary Injunction |
| 9. | 06/02/2025 | [DE 10-4] Proven's Declaration of Christopher Canning In Support of Plaintiff's Emergency Motion for Preliminary Injunction |
| 10. | 06/02/2025 | [DE 10-5] Proven's Declaration of Anthony Sansone In Support of Plaintiff's Emergency Motion for Preliminary Injunction |
| 11. | 06/02/2025 | [DE 10-6] Proven's Supplemental Declaration of Anthony Sansone In Support of Plaintiff's Emergency Motion for Preliminary Injunction |
| 12. | 06/02/2025 | [DE 10-7] Proven's Exhibit A, U.S. Reg. No. PA 2-524-347 |
| 13. | 06/02/2025 | [DE 10-8] Proven's Exhibit C, Screenshots of Defendant's YouTube Channel, TikTok, Instagram, and Facebook as corresponding with Declaration of Anthony Sansone |
| 14. | 06/02/2025 | [DE 10-9] Proven's Declaration of Derek Fahey, Esq. In Support of Plaintiff's Emergency Motion for Preliminary Injunction |
| 15. | 06/02/2025 | [DE 10-11] Proven's Exhibit C, email correspondence |

| | | |
|---|---|---|
| | | with Opposing Counsel as corresponding with Declaration of Derek Fahey, Esq. |
| 16. | 06/02/2025 | [DE 10-12] Proven's Declaration of Ronald James Lee, II In Support of Plaintiff's Emergency Motion for Preliminary Injunction |
| 17. | 06/02/2025 | [DE 10-15] Proven's Exhibit D, Screenshot of text messages from Mr. Lee to two different phone numbers as corresponding with Declaration of Ronald James Lee, II |
| 18. | 06/02/2025 | [DE 10-16] Proven's Exhibit E, Screenshot of a product return explicitly citing the McNally Video as corresponding with Declaration of Ronald James Lee, II |
| 19. | 06/02/2025 | [DE 10-17] Proven's Exhibit F, Screenshot of a repeat customer that was hesitant to purchase after viewing the video as corresponding with Declaration of Ronald James Lee, II |
| 20. | 06/02/2025 | [DE 10-18] Proven's Exhibit G, Screenshot of reports, emails, and messages from customer service about disruptive inquiries stemming from the video as corresponding with Declaration of Ronald James Lee, II |
| 21. | 06/02/2025 | [DE 10-19] Proven's Exhibit H, Screenshot of comments posted on some of Proven's videos after Defendant published the Part 1 Video as corresponding with Declaration of Ronald James Lee, II |
| 22. | 06/02/2025 | [DE 10-20] Proven's Exhibit I, Screenshots of Proven's customer service department's increased amount of very disturbing messages from McNally social media followers as corresponding with Declaration of Ronald James Lee, II |
| 23. | 06/02/2025 | [DK 10-21] Proven's Exhibit J, Screenshot of one of Proven's customers saying that they would not buy from Proven because Proven "harass[ed] someone's wife" as corresponding with Declaration of Ronald James Lee, II |
| 24. | 06/02/2025 | [DE 10-22] Proven's Exhibit K, Screenshot wherein one of Proven's customer services representatives, Mr. David Smith, complained about the hundreds of messages he received and read from McNally followers in the past few days. In an email, he complained about the disturbing messages he received and questioned if he should be concerned for his safety as corresponding with Declaration of Ronald James Lee, II |
| 25. | 06/02/2025 | [DE 10-23] Proven's Exhibit L, Screenshots showing continuous stream of harassing phone calls and text |

| | | |
|---|---|---|
| | | messages from unknown numbers at all hours of the day and night as corresponding with Declaration of Ronald James Lee, II |
| 26. | 06/02/2025 | [DE 10-24] Proven's Exhibit M, Screenshots showing harassing messages directed to Erin Schweitzer through Facebook Messenger as corresponding with Declaration of Ronald James Lee, II |
| 27. | 06/02/2025 | [DE 10-25] Proven's Exhibit N, Screenshots showing vile and threatening messages, including derogatory slurs and explicit threats of violence, directed to Anthony Sansone's son as corresponding with Declaration of Ronald James Lee, II |
| 28. | 06/02/2025 | [DE 10-26] Proven's Exhibit O, Screenshots showing Proven employees being called out and contacted by name as corresponding with Declaration of Ronald James Lee, II |
| 29. | 06/02/2025 | [DE 10-27] Proven's Exhibit P, Screenshots showing a measurable decrease in Proven's revenue and in sales on Amazon as corresponding with Declaration of Ronald James Lee, II |
| 30. | 06/02/2025 | [DE 10-28] Proven's Exhibit Q, Screenshots showing a large increase in negative comments on Meta Ad and Google Ad posts with many of them mentioning McNally or opening their locks with cans as corresponding with Declaration of Ronald James Lee, II |
| 31. | 06/02/2025 | [DE 10-29] Proven's Exhibit R, Screenshots showing a substantial influx of messages and customer service tickets that have disrupted business operations as corresponding with Declaration of Ronald James Lee, II |
| 32. | 06/02/2025 | [DE 10-30] Proven's Exhibit S, Screenshots evidencing that McNally understands and exploits the foreseeable harm to the companies he targets as corresponding with Declaration of Ronald James Lee, II |
| 33. | 06/06/2025 | [DE 15] Declaration of Trevor McNally |
| 34. | 06/06/2025 | [DE 15-1] Defendant's Exhibit A, Screenshots showing a comment made by Proven on Social Media as corresponding with Declaration of Trevor McNally |
| 35. | 06/06/2025 | [DE 15-2] Defendant's Exhibit B, Photograph of the universal vending machine core used by Proven Seen on Proven's Website as corresponding with Declaration of Trevor McNally |
| 36. | 06/06/2025 | [DE 15-3] Defendant's Exhibit C, Photograph of the |

4

| | | |
|---|---|---|
| | | universal vending machine core used by Proven Seen on Proven's Amazon listing as corresponding with Declaration of Trevor McNally |
| 37. | 06/06/2025 | [DE 15-4] Defendant's Exhibit D, Screenshot of Proven's April 3, 2025, direct message as corresponding with Declaration of Trevor McNally |
| 38. | 06/06/2025 | [DE 15-5] Defendant's Exhibit E, Screenshot of Proven's comment as corresponding with Declaration of Trevor McNally |
| 39. | 06/06/2025 | [DE 15-6] Defendant's Exhibit F, Screenshot of Proven's comment as corresponding with Declaration of Trevor McNally |
| 40. | 06/06/2025 | [DE 15-7] Defendant's Exhibit G, Screenshot of Proven's comment as corresponding with Declaration of Trevor McNally |
| 41. | 06/06/2025 | [DE 15-8] Defendant's Exhibit H, Screenshot of Proven's comment as corresponding with Declaration of Trevor McNally |
| 42. | 06/06/2025 | [DE 15-9] Defendant's Exhibit I, Screenshot of Proven's comment made by an employee as corresponding with Declaration of Trevor McNally |
| 43. | 06/06/2025 | [DE 15-10] Defendant's Exhibit J, Screenshot of Proven's comment as corresponding with Declaration of Trevor McNally |
| 44. | 06/06/2025 | [DE 15-11] Defendant's Exhibit K, Screenshot of Proven's comment as corresponding with Declaration of Trevor McNally |
| 45. | 06/06/2025 | [DE 15-12] Defendant's Exhibit L, Screenshot of Proven's comment as corresponding with Declaration of Trevor McNally |
| 46. | 06/06/2025 | [DE 15-13] Defendant's Exhibit M, Screenshot of Proven's comment as corresponding with Declaration of Trevor McNally |
| 47. | 06/10/2025 | [DE 18] Second Supplemental Declaration of Anthony Sansone |
| 48. | 06/10/2025 | [DE 18-1] Exhibit A to Second Supplemental Declaration of Anthony Sansone - McNally Part 6 Video – *See* Notice of Manual Filing of Video Exhibits For Second Supplemental Declaration of Anthony Sansone and Plaintiff's Reply To Defendant's Opposition To Plaintiff's Emergency Motion for Preliminary Injunction |

| 49. | 06/10/2025 | [DE 18-1] Exhibit B to Second Supplemental Declaration of Anthony Sansone - McNally Part 5 Video - *See* Notice of Manual Filing of Video Exhibits For Second Supplemental Declaration of Anthony Sansone and Plaintiff's Reply To Defendant's Opposition To Plaintiff's Emergency Motion for Preliminary Injunction |
|---|---|---|
| 50. | 06/10/2025 | [DE 18-1], Notice of Manual Filing of Video Exhibits For Second Supplemental Declaration of Anthony Sansone and Plaintiff's Reply To Defendant's Opposition To Plaintiff's Emergency Motion for Preliminary Injunction |
| 51. | 06/10/2025 | [DE 18-2], Exhibit C - Location on Proven's website where users can purchase different cores for the latch pin lock, the puck lock, and the container lock For Second Supplemental Declaration of Anthony Sansone and Plaintiff's Reply To Defendant's Opposition To Plaintiff's Emergency Motion for Preliminary Injunction |
| 52. | 06/10/2025 | [DE 18-1] Exhibit D to Second Supplemental Declaration of Anthony Sansone - YouTube video by "Lock Skipper" entitled Proven Trailer Lock upgrades to prevent bypass! Educate and protect! – *See* Notice of Manual Filing of Video Exhibits For Second Supplemental Declaration of Anthony Sansone and Plaintiff's Reply To Defendant's Opposition To Plaintiff's Emergency Motion for Preliminary Injunction |
| 53. | 05/01/2025 | [DE 01] Verified Complaint |
| 54. | 05/01/2025 | [DE 01] Exhibit B - McNally Videos – Composite of Verified Complaint |
| 55. | 05/01/2025 | [DE 01] Exhibit D - Misleading Messages of Verified Complaint |

Dated: June 17, 2025                           Respectfully submitted,

The Plus IP Firm, PLLC                         /Derek Fahey/
400 N Ashley Dr Ste 1900,                      Derek R. Fahey, Esq.
Tampa, FL 33602-4311                           The Plus IP Firm, PLLC
Telephone: (954) 332-3584                      Fla. Bar. No. 88194
                                               Email: Derek@plusfirm.com
*Attorneys for Proven Industries, Inc.*        *Attorney for Plaintiff*
                                               <u>LEAD ATTORNEY TO BE NOTICED</u>

                                               /Austin Nowacki/

6

                                                  Austin R. Nowacki, Esq.
                                                  The Plus IP Firm, PLLC
                                                  Fla. Bar. No. 1016961
                                                  Email: austin@plusfirm.com
                                                  *Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on the date set forth below, I electronically filed the foregoing document with the Clerk of Court by using the CM/ECF system. I further certify that I either mailed the foregoing document and the Notice of Electronic Filing by first class mail to any non CM/ECF participants and/or the foregoing document was served via transmission of Notice of Electronic Filing generated by CM/ECF to any and all active CM/ECF participants.

Dated: June 17, 2025             s/  Derek Fahey
                                          Derek R. Fahey, Esq.
                                          The Plus IP Firm, PLLC
                                          Fla. Bar. No. 88194
                                          400 N Ashley Dr Ste 1900,
                                          Tampa, FL 33602-4311
                                          Telephone: (954) 332-3584
                                          Email: Derek@plusfirm.com
                                          *Attorney for Plaintiff*
                                          *LEAD ATTORNEY TO BE NOTICED*