# EXHIBIT A

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
Case No. 8:25-cv-01119-MSS-LSG

Proven Industries, Inc., a Florida corporation,
      *Plaintiff,*

      v.

Trevor McNally, individual,
      *Defendant.*

_____/

### Declaration of Ronald James Lee, II, In Support of Plaintiff's Motion to Seal Under Local Rule 1.11

I, Ronald James Lee, II, declare as follows:

1. I am over eighteen years of age and reside in the Middle District of Florida.

2. I am the President of Proven Industries, Inc. ("Proven"), the Plaintiff in this matter. I have personal knowledge of the facts set forth in this Declaration and, if called upon, could and would testify competently thereto.

3. After Plaintiff filed its Complaint, my family, loved ones, and multiple Proven employees have been subjected to persistent and targeted harassment from Defendant's followers.

4. On or around June 3, 2025, after Plaintiff filed Plaintiff's Emergency Motion for Preliminary Injunction, my girlfriend, who lives with me at my home address, received a letter ("June 3rd letter"). The June 3rd letter was addressed - not to me - but to my girlfriend. She is not listed on the title or deed to my property.  There is no publicly available information indicating that she

1

Signature ref: 6dc0110e-bbad-458c-be42-d455b514aed8

resides with me.

5. The June 3rd letter referred to Defendant McNally's social media following and stated that people in the "lock sport community" were looking into my background. What is very concerning about this letter is that it is not publicly known that my girlfriend lives with me, which means that McNally's followers are willing to search for, find and use nonpublic information in an attempt to contact my loved ones to potentially affect them.

6. The June 3rd letter was mailed from an individual using the name "Jeff Hall" with a return address in St. Paul, Minnesota. The stated the sender had investigated my personal history and felt compelled to warn my girlfriend about it. The June 3rd letter makes reference to Defendant McNally's social media following, stating that people in the "lock sport community" were looking into my background. It speculated that my partner might be unaware (while in fact she was and is aware)- of my "past" and concluded with a warning for her to "be careful." The sender also stated that a copy of the letter would be sent to her workplace, "just in case Ron intercepts this letter."

7. Additionally, my girlfriend also received a second similar letter at her workplace stating, more or less, the same thing as the June 3rd letter.

8. Both of these letters are very disturbing and concerning because they demonstrate that individuals influenced by Defendant's content are willing to go beyond online harassment.

9. They obtained my girlfriend's name and our residential address, neither of which are publicly linked, and used this information to negatively affect her.

10.    What appear to be McNally's followers and are now targeting my

Signature ref: 6dc0110e-bbad-458c-be42-d455b514aed8

home, my family, and my private relationships.

11.     One of McNally's followers posted my personal phone number in the comment section of one of Defendant's social media platforms. I have since received numerous harassing and threatening messages at all hours of the day and night. These messages include profanity, racial slurs, and explicit threats.

12.     My family has also been targeted. My mother has received messages through Facebook Messenger that were threatening and malicious. My son received highly disturbing text messages, including threats involving racial violence and derogatory slurs.

13.     After the filing of Plaintiff's lawsuit, Proven's employees have received hostile messages. One employee specifically reported to me that the harassment created a hostile working environment.

14.     Proven's customer service department has been overwhelmed by a flood of harassing emails and spam inquiries, disrupting normal business operations. These messages reference Defendant's videos.

15.     In 2023, Defendant McNally posted a viral video claiming to bypass a lock made by EZ Home using a piece of a milk jug. The video reused content and prompted widespread negative reviews of EZ Home's lock by McNally's followers. After EZ Home filed a DMCA copyright takedown notice, McNally responded with another video, which is analogous to what happened in this case. For about a year after Defendant McNally's posted the EZ Home videos, EZ Home continued to receive customer reviews on Amazon referencing the Defendant McNally's EZ Home milk jug videos. This pattern shows that McNally's followers watch McNally's videos and will actively attempt to harm

Signature ref: 6dc0110e-bbad-458c-be42-d455b514aed8

others or negatively affect others.

16.     I believe that if the Court's forthcoming Order and the Hearing transcript on the Emergency Motion for Preliminary Injunction are made public, and documents filed by the parties related to the Emergency Motion for Preliminary Injunction remain public, the facts contained therein will embolden Defendant's followers and accelerate or increase McNally's follower's harassment efforts and these materials may become the next source of targeted attacks.

17.     Based on these experiences, I believe that sealing the documents related to Plaintiff's Emergency Motion for Preliminary Injunction, including the Court's Order and transcript of the June 13th hearing on Plaintiff's Emergency Motion for Preliminary Injunction is necessary to protect my loved ones, my family, Proven's employees, and Proven Industries from ongoing and escalating harassment.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Signed this __19th__ day of __June__, 2025, in ___Hillsborough county___, Florida.

Signature: __*Ron lee*__

Name: __Ronald James Lee, II__

Title: __President__

4

# Audit trail

| | |
|---|---|
| Name of the document | Declaration of Ronald Lee II.pdf |
| Signature reference ID | 6dc0110e-bbad-458c-be42-d455b514aed8 |
| Date format | YYYY-MM-DD HH:MM:SS UTC |
| Status | SIGNED |
| Signing completed | 2025-06-19 11:09:32 UTC |

**Signing initiated**
2025-06-19 04:46:45 UTC

**Patent Specialist** (info@plusfirm.com) sent document for signing.
**Signers:**

   - **Ronald James Lee, II** (rlee@provenlocks.com)

Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/137.0.0.0 Safari/537.36
IP: 2600:8800:6180:2600:6832:4468:3c6d:d24a

**Document viewed**
2025-06-19 11:08:29 UTC

**Ronald James Lee, II** (rlee@provenlocks.com)

docbase-public
IP: 2603:900b:4f0:c430:7fa0:d712:bb00:cb81

**Document signed**
2025-06-19 11:09:31 UTC

**Ronald James Lee, II** (rlee@provenlocks.com)

docbase-public
IP: 2603:900b:4f0:c430:7fa0:d712:bb00:cb81
Authentication code: Not required

**Signing completed**
2025-06-19 11:09:32 UTC

Document was signed by using Pipedrive signing service.
We store viewing info only for signers that allow it. We show the first view from each signer.
Electronic signatures in this PDF document can be verified with Adobe Acrobat Reader.

**pipedrive**