**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**PROVEN INDUSTRIES, INC.,**

    **Plaintiff,**

                                                                  **Case No: 8:25-cv-01119-MSS-LSG**

**v.**

**TREVOR MCNALLY,**

    **Defendant.**

_____

**<u>ORDER</u>**

    **THIS CAUSE** comes before the Court for consideration of the matters raised at the hearing on Plaintiff's Emergency Motion for Preliminary Injunction, (Dkt. 10), the response and reply thereto, (Dkts. 14, 17), the motion hearing held June 13, 2025, and Plaintiff's Motion for Leave to File First Amended Complaint. (Dkt. 24) Upon consideration of the relevant filings, case law, and for the reasons set forth on the record at the motion hearing, the Court hereby **ORDERS** as follows:

1. Plaintiff's Emergency Motion for Preliminary Injunction, (Dkt. 10), is **DENIED for the reasons set forth at the hearing**.

2. Plaintiff's Motion for Leave to File First Amended Complaint, (Dkt. 24), is **GRANTED**. Plaintiff shall have up to and including **July 7, 2025,** to file an amended complaint. In addition to any modifications Plaintiff was planning to make, the amended complaint should address any concerns that were raised

during the motion hearing. Defendant shall have **fourteen (14) days** thereafter to file an answer or otherwise respond to the amended complaint.

3. The Parties shall have up to and including **fourteen (14) days** from the date Defendant responds to the amended complaint to file a case management report.

**DONE** and **ORDERED** in Tampa, Florida, this 25th day of June 2025.

```
_____
MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE
```

**Copies furnished to:**
Counsel of Record
Any Unrepresented Person