UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
Case No. 8:25-cv-01119-MSS-LSG

Proven Industries, Inc., a Florida corporation,
   *Plaintiff,*

v.

Trevor McNally, individual,
   *Defendant.*

_____/

## PLAINTIFF'S NOTICE OF INTENT TO REQUEST REDACTION

Plaintiff, Proven Industries, Inc. ("Plaintiff"), by and through undersigned counsel, hereby submits this Notice of Intent to Request Redaction of the official Transcript of the hearing held on June 13, 2025, related to Plaintiff's Emergency Motion for Preliminary Injunction [DE 10]. The Court's forthcoming ruling on Plaintiff's Motion to Seal [DE 29] may affect Plaintiff's Statement of Redaction.

Dated: July 2, 2025

Respectfully Submitted,

/Derek Fahey/
Derek R. Fahey, Esq.
The Plus IP Firm, PLLC
Fla. Bar. No. 88194
101 N.E. 3rd Ave., Suite 1500
Fort Lauderdale, Florida 33301
Telephone: (954) 332-3584
Email: Derek@plusfirm.com
*Attorney for Plaintiff*
LEAD ATTORNEY TO BE NOTICED

/Austin Nowacki/
Austin R. Nowacki, Esq.
The Plus IP Firm, PLLC

Fla. Bar. No. 1016961
Email: austin@plusfirm.com
*Attorney for Plaintiff*

## Certificate of Service

I HEREBY CERTIFY that on July 2, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

<u>/Derek Fahey/</u>
Derek Fahey, Esq.

1