UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
Case No. 8:25-cv-01119-MSS-LSG

Proven Industries, Inc., a Florida corporation,
   *Plaintiff,*

v.

Trevor McNally, individual,
   *Defendant.*
_____/

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff, Proven Industries, Inc. ("Plaintiff"), by and through undersigned counsel, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby gives notice that the above-entitled action is voluntary dismissed, without prejudice, against Defendant Trevor McNally. Notwithstanding this Notice of Voluntary Dismissal Without Prejudice, Plaintiff requests the Court rule on Plaintiff's pending Plaintiff's Motion to Seal Under Local Rule 1.11 [DE 029].

Dated: July 7, 2025          Respectfully Submitted,

/Derek Fahey/
Derek R. Fahey, Esq.
The Plus IP Firm, PLLC
Fla. Bar. No. 88194
101 N.E. 3rd Ave., Suite 1500
Fort Lauderdale, Florida 33301
Telephone: (954) 332-3584
Email: Derek@plusfirm.com
*Attorney for Plaintiff*
<u>LEAD ATTORNEY TO BE NOTICED</u>

/Austin Nowacki/
Austin R. Nowacki, Esq.
The Plus IP Firm, PLLC

Fla. Bar. No. 1016961
Email: austin@plusfirm.com
*Attorney for Plaintiff*

## Certificate of Service

I HEREBY CERTIFY that on the 7th of July 2025 a true and correct copy of the foregoing was served to all counsel of record via email and by filing with the Clerk of the Court using Florida E-Filing Portal, on all counsel or parties of record.

/Derek Fahey/
Derek Fahey, Esq.