UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
Case No. 8:25-cv-01119-MSS-LSG

Proven Industries, Inc., a Florida corporation,
    *Plaintiff,*

    v.

Trevor McNally, individual,
    *Defendant.*

_____/

**PLAINTIFF'S MOTION TO REDACT TRANSCRIPT**

Plaintiff, PROVEN INDUSTRIES, INC., by and through undersigned counsel, respectfully moves this Court for an Order directing the redaction of certain personal and sensitive information from the official transcript of the Motion Hearing held on June 13, 2025, before the Honorable Mary S. Scriven, and in support states as follows:

**I.    BACKGROUND**

1. The Court held a motion hearing in this matter on June 13, 2025, and the official transcript was filed on June 30, 2025 (Dkt. 31). The transcript contains the names of non-party individuals and employees of the Plaintiff which may warrant redaction to protect privacy and confidentiality interests.

2. Plaintiff's Notice of Intent to Request Redaction was filed on July 2, 2025 (Dkt. 32).

**II.    SPECIFIC REDACTIONS REQUESTED**

3. Plaintiff respectfully requests that the following information be redacted from the publicly available transcript:

- The Personal Identification on page 16, line 24, to read Axxxxxx

xxxxxxx.

- The Personal Identification on page 18, line 8, to read Axxxxxx xxxxxxx.
- The Personal Identification on page 18, line 8-9, to read A-x-x-x-x-x-x, x-x-x-x-x-x-x.
- The name Personal Identification on page 18, line 12, to read Mr. Sxxxxxx.
- The Personal Identification in the header of pages 19-108 to read Axxxxxx xxxxxxx.
- The Personal Identification on page 19, line 1, to read Axxxxxx xxxxxxx.
- The Personal Identification on page 19, line 3, to read Mr. Sxxxxxx.
- The Personal Identification on page 19, line 5, to read Axxxxxx xxxxxxx.
- The Personal Identification on page 19, line 5, to read A-x-x-x-x-x-x, x-x-x-x-x-x-x.
- The Personal Identification on page 29, line 2, to read Mr. Sxxxxxx.
- The Personal Identification on page 31, line 17, to read Mr. Sxxxxxx.
- The Personal Identification on page 53, line 13, to read Mr. Sxxxxxx.
- The Personal Identification on page 57, line 2, to read Axxxxxx xxxxxxx.
- The Personal Identification on page 63, line 24, to read xxxx xxxxx.
- The Personal Identification on page 64, line 2, to read xxxx.
- The Personal Identification on page 66, line 1, to read Axxxxxx

xxxxxxx.

- The Personal Identification on page 66, line 3, to read Mr. Sxxxxxx.
- The Personal Identification on page 71, line 11, to read Mr. Sxxxxxx.
- The Personal Identification on page 73, line 6, to read Axxxxxx xxxxxxx.
- The Personal Identification on page 73, line 8, to read Mr. Sxxxxxx.
- The Personal Identification Personal Identification on page 73, line 8, to read Sxxxxxx or Sxxxxxx.
- The Personal Identification on page 73, line 9 to read Sxxxxx.
- The Personal Identification on page 76, line 19, to read Mr. Sxxxxxx.
- The Personal Identification on page 76, line 21, to read Cxxxx xxxxxxx.
- The Personal Identification on page 79, line 21, to read Cxxxx xxxxxxx.
- The Personal Identification on page 80, line 2, to read Mr. Cxxxxxx.
- The Personal Identification on page 80, line 3, to read Mr. Cxxxxxx.
- The Personal Identification on page 80, line 23, to read Mr. Cxxxxxx.
- The Personal Identification on page 81, line 24, to read Rxx xxx.
- The Personal Identification on page 81, line 1, to read Cxxxx.
- The Personal Identification on page 81, line 24, to read Cxxxx xxxxxxx.
- The Personal Identification on page 83, line 12, to read Cxxxxxx.
- The Personal Identification on page 84, line 17, to read Mr. Cxxxxxx.
- The Personal Identification on page 85, line 6, to read Cxxxxxx.

- The Personal Identification on page 89, line 32, to read Mr. Sxxxxxx.
- The Personal Identification on page 99, line 22, to read Mr. Cxxxxxx.
- The Personal Identification on page 100, line 1, to read Mr. Cxxxxxx.
- The Personal Identification on page 101, line 4, to read Mr. Cxxxxxx.
- The Personal Identification on page 101, line 4, to read Mr. Cxxxxxx.
- The Personal Identification on page 104, line 24, to read Mr. Sxxxxxx.
- The Personal Identification on page 105, line 23, to read Axxxxxx xxxxxxx.
- The Personal Identification on page 110, line 15, to read Mr. Sxxxxxx.
- The Personal Identification on page 110, line 22, (*Mr. John Lee (sic)*) to read Mr. Rxx xxx.
- The Personal Identification on page 111, line 19, to read Rxxxxx xxx.
- The Personal Identification on page 113, line 28, to read Rxxxxx xxx.
- The Personal Identification on page 114, line 3-4, to read Rxx xxx.
- The Personal Identification on page 116, line 23, to read Lxx.
- The Personal Identification on page 120, line 8, to read Mr. Sxxxxxx.
- The Personal Identification on page 125, line 23, to read Mr. Sxxxxxx.

### III.  RELIEF REQUESTED

WHEREFORE, Plaintiff respectfully requests that the Court enter an Order:

- Directing the Court Reporter to redact the information identified above from the official transcript of the June 13, 2025 hearing;

3

- Directing the Clerk to restrict access to the unredacted transcript;
- Granting such other and further relief as the Court deems just and proper.

Respectfully submitted this 21st day of July 2025.

/Derek Fahey/
Derek R. Fahey, Esq.
The Plus IP Firm, PLLC
Fla. Bar. No. 88194
101 N.E. 3rd Ave., Suite 1500
Fort Lauderdale, Florida 33301
Telephone: (954) 332-3584
Email: Derek@plusfirm.com
*Attorney for Plaintiff*
*LEAD ATTORNEY TO BE NOTICED*

## Certificate of Service

I HEREBY CERTIFY that on July 21, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

/Derek Fahey/
Derek Fahey, Esq.