UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

Case No. 8:25-cv-01119-MSS-LSG

Proven Industries Inc,
a Florida corporation,

    *Plaintiff,*

    v.

Trevor McNally, individual,

    *Defendant.*
_____/

## NOTICE OF FILING DECLARATIONS TO CLARIFY RECORD

COMES NOW Plaintiff, Proven Industries Inc., by and through the undersigned counsel, and hereby files this Notice of Filing Declarations to Clarify Record, and states as follows:

1. On June 2, 2025, certain declarations were filed in support of Plaintiff's Emergency Motion for Preliminary Injunction (Dkt. 10), which was entered into the record of this case through the filing of the motion and relied upon at the hearing on June 13, 2025. *See* Motion Hearing Transcript (Dkt. 31, p. 111-118).

2. Declaration of Ronald James Lee, II in Support of Plaintiff's Motion for Emergency Injunction and Memorandum of Law (Dkt. 10-12) contains statements that require clarification and correction.

3. Attached hereto as **Exhibit A** is a Supplemental Declaration of Ronald James Lee, II, In Support of Plaintiff's Emergency Motion for Preliminary Injunction and Incorporated Memorandum of Law, which includes said clarification and correction.

4. Additionally, in the June 13, 2025, hearing on the Plaintiff's Motion for Emergency Injunction, the Court advised the Plaintiff to revisit the Declaration of Anthony Sansone, In Support of Plaintiff's Motion for Emergency Injunction and Memorandum of Law (Dkt. 10-5) to clarify Anthony Sansone's relationship between Proven Industries Inc. and Dynamic Manufacturing Group LLC. *See* Motion Hearing Transcript (Dkt. 31, p. 125-26).

5. Attached hereto as **Exhibit B** is the Third Supplemental Declaration of Anthony Sansone, In Support of Plaintiff's Emergency Motion for Preliminary Injunction and Incorporated Memorandum of Law, which clarifies Anthony Sansone's relationship between Proven Industries Inc. and Dynamic Manufacturing Group LLC.

6. These Declarations are being submitted to ensure that the record in this case is accurate and complete.

Dated: July 28, 2025                    Respectfully Submitted,

/Derek Fahey/
Derek R. Fahey, Esq.
The Plus IP Firm, PLLC

Fla. Bar. No. 88194
101 N.E. 3rd Ave., Suite 1500
Fort Lauderdale, Florida 33301
Telephone: (954) 332-3584
Email: Derek@plusfirm.com
*Attorney for Plaintiff*
<u>LEAD ATTORNEY TO BE NOTICED</u>

<u>/Austin Nowacki/</u>
Austin R. Nowacki, Esq.
The Plus IP Firm, PLLC
Fla. Bar. No. 1016961
Email: austin@plusfirm.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on 28 July 2025 a true and correct copy of the foregoing was served to all counsel of record via email and by filing with the Clerk of the Court using Florida E-Filing Portal, on all counsel or parties of record.

<u>/Derek Fahey/</u>
Derek Fahey, Esq.