# EXHIBIT A

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

Case No. 8:25-cv-01119-MSS-LSG

Proven Industries, Inc.,
a Florida corporation,

    *Plaintiff,*

    v.

Trevor McNally, individual,

    *Defendant.*
_____/

### Supplemental Declaration of Ronald James Lee, II, In Support of Plaintiff's Emergency Motion for Preliminary Injunction and Incorporated Memorandum of Law

I, Ronald James Lee, II, declare as follows:

   1. I am over eighteen years of age and reside in the Middle District of Florida. I am the President of Proven Industries, Inc. ("Proven"), the Plaintiff in this matter.

   2. On May 31, 2025, I submitted a declaration in support of Proven's Emergency Motion for Preliminary Injunction and Incorporated Memorandum of Law (Dkt. 10-12).

1

2

3. In paragraph 2 of that declaration, I stated: "all our products are manufactured in the United States using high-grade materials."

4. I am submitting this supplemental declaration to clarify that statement. The word "all" was inadvertently used. The accurate statement should have been: "almost all our products are manufactured in the United States using high-grade materials." The omission of the word "almost" was unintentional and the result of a drafting oversight.

5. I submit this clarification voluntarily and in the interest of full transparency and accuracy. I want the Court record to be clear and correct, even though the statement in question was not material to the issues presented in this case.

6. Neither Proven nor I had any reason or incentive to misrepresent the origin of our products in this context. This case involved claims of copyright infringement, defamation by implication, false advertising and violation of FDUTPA Fla. Stat. §501.201 et seq. arising from a video review of our product—not any dispute regarding country-of-origin or "Made in USA" labeling. The product origin statement was unrelated to the legal and factual issues before the Court and did not impact the relief sought. The misstatement was made in good faith and conferred no advantage to Proven or me in the

Doc ID: cd587c7eed996459eeb044be243dab06e3ca9c53

litigation.

7. This matter first came to my attention only recently. On July 18, 2025, Pacific Lock Company ("PacLock") filed a new lawsuit in the Middle District of Florida (Case No. 8:25-cv-01887) against Proven and me personally, alleging false advertising and false marking. Paragraph 27 of that complaint specifically references the May 31, 2025 declaration filed in this case. Upon reviewing that complaint on July 21, 2025, I recognized the error and have filed this supplemental declaration promptly to correct the record.

8. The facts stated herein are based on my personal knowledge. If called to testify, I could and would testify competently to these matters.

9. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Signed this 25 day of July 2025, in Hillsborough County, Florida.

Signature: _____

Name: Ronald James Lee, II

Title: President, Proven Industries Inc.

3

Doc ID: cd587c7eed996459eeb044be243dab06e3ca9c53

**Dropbox Sign**                                                                 Audit trail

| | |
|---|---|
| Title | PLEASE SIGN - Declaration of RJLII |
| File name | Declaration_of_RJ. 5.2025_FORSIG.pdf |
| Document ID | cd587c7eed996459eeb044be243dab06e3ca9c53 |
| Audit trail date format | MM / DD / YYYY |
| Status | ● Signed |

## Document History

**SENT**         **07 / 25 / 2025**         Sent for signature to Ronald James Lee II
                 20:34:16 UTC               (rlee@provenlocks.com) from derek@plusfirm.com
                                            IP: 190.53.248.107

**VIEWED**       **07 / 25 / 2025**         Viewed by Ronald James Lee II (rlee@provenlocks.com)
                 23:11:54 UTC               IP: 107.115.159.107

**SIGNED**       **07 / 25 / 2025**         Signed by Ronald James Lee II (rlee@provenlocks.com)
                 23:13:14 UTC               IP: 107.115.159.107

**COMPLETED**    **07 / 25 / 2025**         The document has been completed.
                 23:13:14 UTC

Powered by **Dropbox Sign**