# EXHIBIT B

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

Case No. 8:25-cv-01119-MSS-LSG

Proven Industries Inc,
a Florida corporation,

    *Plaintiff,*

    v.

Trevor McNally, individual,

    *Defendant.*
_____/

## Third Supplemental Declaration of Anthony Sansone, In Support of Plaintiff's Emergency Motion for Preliminary Injunction and Incorporated Memorandum of Law

I, Anthony Sansone, declare as follows:

1. I am over eighteen years of age and reside in the Middle District of Florida.

2. I previously submitted a declaration in support of Plaintiff's Emergency Motion for Preliminary Injunction, which I signed on May 30, 2025, followed by a supplemental declaration on May 31, 2025, and a second supplemental declaration on June 10, 2025. I submit this third supplemental declaration to

1

clarify my employment background and ongoing relationship with Plaintiff, Proven Industries Inc.

3. I am currently employed by Proven Industries with the title of "Vice President of Manufacturing," primarily tasked with overseeing the daily operations of the manufacturing division (a separate company, Dynamic Manufacturing Group LLC). For tax planning purposes, under the advisory guidance of Proven's accounting firm, there are several companies established by a single owner, each company serving its own unique role. These companies, each legally distinct and owned by the single owner, operate using a shared management team. While each entity maintains its own corporate structure, they function in a coordinated manner. Many of the resources utilized by each company are not interchangeable, however the high-level management team, including the owner and myself, oversees the operations of all entities. In addition to my executive role at Dynamic Manufacturing, I also work with Proven Industries Inc., in technical consulting, high level management, and engineering capacities. As the companies continue to grow, I act at the highest level of management, filling voids as needed across all organizations. In this role, I contribute to the design, testing, and evaluation of Proven's lock products, including the trailer hitch locks at issue in this matter. I also

currently have an active role in Proven's customer service functions, where I act as the highest level of authority under the President/owner. Given my active involvement with Proven's engineering efforts, I am fully familiar with the products, their development, and the claims being asserted in this litigation, and I am qualified to offer observations and technical commentary regarding the same.

4. Through my continuing work with Proven, I am closely involved in the design, evaluation, and testing of Proven's trailer hitch lock products, including the Latch Pin Lock at issue in this case. I have firsthand knowledge of the engineering principles behind Proven's products and of the impact that the Defendant's conduct has had on the company. As such, I make this declaration in support of Plaintiff's Motion for Preliminary Injunction.

5. The facts stated in this signed declaration are based on my personal knowledge, including my direct observations and responsibilities in connection with Proven's product design and testing. If called as a witness, I could and would competently testify to the facts stated herein.

6. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

[*SIGNATURE ON FOLLOWING PAGE*]
[*REMAINDER OF PAGE LEFT INTENTIONALLY*]

3

Signed this  28   day of  June , 2025, in Manatee County, Florida.

Signature: *Anthony Sansone*

Name: Anthony Sansone

Title: Mechanical Engineer

Doc ID: f2760b019dd68a318985951fb37978488c09747f

**Dropbox Sign**                                                                                      Audit trail

| | |
|---|---|
| Title | PLEASE SIGN - Third Supplemental Declaration of Anthony... |
| File name | 3d_Suplemental-De..._AFS_-6.24.25.pdf |
| Document ID | f2760b019dd68a318985951fb37978488c09747f |
| Audit trail date format | MM / DD / YYYY |
| Status | ● Signed |

## Document History

**SENT**  06 / 27 / 2025  21:31:34 UTC  
Sent for signature to Anthony Sansone (asansone@dmgfab.com) from derek@plusfirm.com  
IP: 190.53.248.1

**VIEWED**  06 / 28 / 2025  15:02:39 UTC  
Viewed by Anthony Sansone (asansone@dmgfab.com)  
IP: 97.96.59.245

**SIGNED**  06 / 28 / 2025  15:03:07 UTC  
Signed by Anthony Sansone (asansone@dmgfab.com)  
IP: 97.96.59.245

**COMPLETED**  06 / 28 / 2025  15:03:07 UTC  
The document has been completed.

Powered by **Dropbox Sign**