AO 121 (6/90)

| TO: | |
|---|---|
| **Register of Copyrights**<br>**Copyright Office**<br>**Library of Congress**<br>**Washington, D.C. 20559** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION OR APPEAL**<br>**REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ✖ ACTION    ☐ APPEAL | COURT NAME AND LOCATION<br>USDC – Middle District of Florida |
|---|---|
| DOCKET NO.<br>8:25-cv-01119-MSS-LSG | DATE FILED<br>05/01/2025 | 300 North Hogan Street<br>Jacksonville, FL 32202 |

| PLAINTIFF<br><br>PROVEN INDUSTRIES, INC. | DEFENDANT<br><br>TREVOR MCNALLY |
|---|---|

| COPYRIGHT<br>REGISTRATION  NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1    See attached | | |

In the above-entitled case, a final decision was rendered on the date entered below.  A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED<br>✖ Order    ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes    ✖ No | DATE RENDERED<br>10/21/2025 |
|---|---|---|

| CLERK<br>ELIZABETH M. WARREN | (BY) DEPUTY CLERK<br>Betsy Davis | DATE<br>10/22/2025 |
|---|---|---|

**DISTRIBUTION:**

1) Upon initiation of action,<br>   mail copy to Register of Copyrights    2) Upon filing of document adding copyright(s),<br>   mail copy to Register of Copyrights    3) Upon termination of action,<br>   mail copy to Register of Copyrights

4) In the event of an appeal, forward copy to Appellate Court    5) Case File Copy