# U.S. District Court

## Middle District of Florida

## Notice of Electronic Filing

The following transaction was entered on 10/21/2025 at 3:37 PM EDT and filed on 10/21/2025
**Case Name:**  Proven Industries, Inc. v. Trevor McNally
**Case Number:** [8:25-cv-01119-MSS-LSG](#)
**Filer:**
**Document Number:** 40(No document attached)

**Docket Text:**
**ENDORSED ORDER of DISMISSAL. It is ORDERED that, pursuant to Fed. R. Civ. P. 41(a)(1) and upon review of Plaintiff's Notice of Voluntary Dismissal [33], this case is DISMISSED WITHOUT PREJUDICE. The Clerk is directed to terminate any pending motions and CLOSE this case. Signed by Judge Mary S. Scriven on 10/21/2025. (ZAA)**